IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

*3:00 pm, 12/21/20*

**U.S. Magistrate Judge**

| | |
|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN**; **AMANDA NASH**; and **JOHN DOE** on behalf of themselves and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC,** a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE,** a Wyoming corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC,** a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.,** a Delaware corporation; **DIOCESE OF CHEYENNE,** a Wyoming corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.,** a Wyoming corporation,<br><br>Defendants. | Civil Doc. No. 20-CV-215-SWS |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court on Defense Counsel's <u>Unopposed</u> Motion for Extension of Time to Respond to Complaint. The Court has reviewed the motion and is otherwise fully advised of the premises.

The Motion is GRANTED.

IT IS HEREBY ORDERED that Defendants Trinity Teen Solutions, Inc., Angela C. Woodward, Jerry D. Woodward, Kara Woodward, Kyle Woodward and Dally-Up, LLC shall have up to and including January 18, 2021 to file an Answer or Otherwise Respond to the Complaint.

DATED this 21 day of December, 2020.

_____
United State District Court Judge