TIMOTHY M. STUBSON (Attorney #6-3233)
Crowley Fleck PLLP
111 West Second Street, Suite 220
Casper, WY  82601
(307) 265-2279
tstubson@crowleyfleck.com

## IN THE UNTED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE on behalf Of themselves and all similarly situated persons,<br><br>     Plaintiffs,<br><br>vs.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability Corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC., a Delaware corporation; DIOCESE OF CHEYENNE, a Wyoming Corporation; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas Corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation.<br><br>     Defendants. | Civil Action No. 20-CV-215-5 |

## MOTION TO DISMISS

Defendants Judith D. Jefferis and Rock Creek Ranch, Inc. (hereinafter "Defendants"), through their attorneys Crowley Fleck PLLP, and pursuant to Federal Rules of Civil Procedure 12(b)(6) hereby move to dismiss the claims of Plaintiffs against Defendants for failure to state a claim upon which relief may be granted.  Defendants have submitted their supporting Brief contemporaneously with this Motion.  For the foregoing reasons and those reasons contained in the supporting Brief, Defendants respectfully request that the Court dismiss Plaintiffs' claims against Defendant.

DATED this 19th day of January, 2021.

JUDITH D. JEFFERIS and ROCK CREEK RANCH INC.,

By:  /s/Timothy M. Stubson
TIMOTHY M. STUBSON (Attorney #6-3233)
Crowley Fleck PLLP
111 West Second Street, Suite 220
Casper, WY  82601
(307) 265-2279
tstubson@crowleyfleck.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2021, a true and correct copy of the foregoing document was filed and served on the following, via the U.S. Postal Service, first-class, postage prepaid, addressed to the following:

Michael Rosenthal (#5-2099)
Nathan Nicholas (#7-5078)
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons (TN #29582)
Bryce Ashby (TN #026179)
Craig Edgington (TN #038205)
Donati Law, PLLC
1545 Union Avenue
Memphis, TN 38104
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Frank L. Watson (TN #015073)
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com

Lillian Alves
Thomas B. Quinn
GORDON & REES LLP
555 Seventeenth St.
Suite 3400
Denver, CO 80202
lalves@grsm.com
tquinn@gordonrees.com

Keith R Olivera
Monty L. Barnett
Rachel E. Ryckman
WHITE & STEELE PC
600 17th Street
Ste. 600N
Denver, CO 80202
kolivera@wsteele.com
mbarnett@wsteele.com
rryckman@wsteele.com

Traci L Lacock
HIRST APPLEGATE LLP
1720 Carey Avenue, Suite 400
PO Box 1083
CHEYENNE, WY 82003-1083
tlacock@hirstapplegate.com


        /s/Timothy M. Stubson
       Timothy M. Stubson