Rick L. Koehmstedt, WSB 6-3101
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Suite 500
Casper, WY  82601
(307) 235-6681
rick@schwartzbon.com

Patricia K. Buchanan (WSBA 19892)
*Admitted Pro Hac Vice*
Patterson Buchanan Fobes & Leitch, Inc., P.S.
1000 Second Ave., 30th Floor
Seattle, WA  98104
(206) 462-6700
pkb@pattersonbuchanan.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE, on behalf of themselves and all similarly situated persons,<br><br>       Plaintiffs,<br><br>v.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming Corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC., a Delaware corporation; DIOCESE OF CHEYENNE, a Wyoming corporation; the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation,<br><br>       Defendants. | Civil Action No.: 20-cv-00215 |

## DEFENDANT NEW MOUNT CARMEL FOUNDATION, INC.'S MOTION TO DISMISS

Defendant New Mount Carmel Foundation, Inc. (hereinafter "Foundation"), through their attorneys Schwartz, Bon, Walker & Studer, LLC, and Patterson Buchanan Fobes & Leitch, Inc., P.S., hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims of Plaintiffs against the Foundation for failure to state a claim upon which relief may be granted. The Foundation has submitted its supporting Brief contemporaneously with this Motion. For the foregoing reasons and those reasons contained in the supporting Brief, the Foundation respectfully requests that the Court dismiss Plaintiffs' claims against the Foundation, with prejudice.

DATED this 21st day of January, 2021.

        SCHWARTZ, BON, WALKER & STUDER, LLC

        By: *s/Rick L. Koehmstedt*
            Rick L. Koehmstedt, WSB 6-3101
            Of Attorneys for Defendant New Mount Carmel Foundation, Inc.
            141 S. Center St., Suite 500
            Casper, WY  82601
            (307) 235-6681
            rick@schwartzbon.com

        PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.

        By: *s/Patricia K. Buchanan*
            Patricia K. Buchanan, WSBA 19892
            *Admitted Pro Hac Vice*
            Of Attorneys for Defendant New Mount Carmel Foundation, Inc.
            1000 Second Ave., 30th Floor
            Seattle, WA  98104
            pkb@pattersonbuchanan.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of January, 2021, I served a true and correct copy of the above and foregoing document via the CM/ECF addressed as follows:

| **Attorneys for Plaintiffs:**<br>Michael Rosenthal (mike@hkwyolaw.com)<br>Nathan Nicholas (nnicholas@hkwyolaw.com)<br>Hathaway & Kunz, LLP<br>PO Box 1208<br>Cheyenne, WY 82003-1208<br><br>Brice Timmons (brice@donatilaw.com)<br>Bryce Ashby (bryce@donatilaw.com)<br>Craig Edgington (craig@donatilaw.com)<br>Donati Law, PLLC<br>1545 Union Ave.<br>Memphis, TN 38104<br><br>Frank Watson, III (fwatson@watsonburns.com)<br>Watson Burns, PLLC<br>253 Adams Ave.<br>Memphis, TN 38104 | **Attorneys for Defendants Trinity Teen Solutions, Inc, Jerry Woodward, Kara Woodward, Kyle Woodard, Dally-Up, LLC:**<br>Thomas Quinn (tquinn@gordonrees.com)<br>Lillian Alves (lalves@grsm.com)<br>Gordon & Rees, LLP<br>555 Seventeenth St., Ste. 3400<br>Denver, CO 80202 |
|---|---|
| **Attorneys for Defendants Triangle Cross Ranch LLC, Gerald Schneider, Michaeleen Schneider. Matthew Schneider, Mark Schneider, and Thomas George:**<br>Keith R. Olivera (kolivera@wsteele.com)<br>Monty L. Barnett (mbarnett@wsteele.com)<br>Rachel E. Ryckman (rryckman@wsteele.com)<br>White & Steele, PC<br>600 17th St., Ste. 600N<br>Denver, CO 80202 | **Attorneys for Defendants Monks of the Most Blessed Virgin Mary of Mount Carmel, and Daniel Schneider:**<br>Traci Lacock (tlacock@hirstapplegate.com)<br>Hirst Applegate, LLC<br>1720 Carey Ave., Suite 400<br>Cheyenne, WY 82003 |
| **Attorney for Defendants Rock Creek Ranch Inc, and Judith Jefferis:**<br>Timothy Stubson (tstubson@crowleyfleck.com)<br>Crowley Fleck PLLP<br>111 West Second Street, Suite 220<br>Casper, WY 82601 | **Attorneys for Defendant Diocese of Cheyenne:**<br>Paul Hickey (phickey@hickeyevans.com)<br>Loyd Smith (lsmith@hickeyevans.com)<br>Hickey & Evans, LLP<br>PO Box 467<br>Cheyenne, WY 82003-0467 |
| **Attorneys for Defendant Society of Our Lady of the Most Holy Trinity:**<br>Jane M. France (jfrance@spkm.org)<br>Sundahl Powers Kapp & Martin | **Attorney for Defendant New Mount Carmel Foundation, Inc.:**<br>Rick Koehmstedt (rick@schwartzbon.com)<br>141 S. Center St., Suite 500 |

3

| | |
|---|---|
| PO Box 328<br>Cheyenne, WY 82003-0328<br><br>Patrick Sodoro (psodoro@smllawoffice.com)<br>Makena Stoakes (mstoakes@smllawoffice.com)<br>Sodoro, Mooney, Lenaghan<br>13924 Gold Circle<br>Omaha, NE 68144 | Casper, WY  82601<br>(307) 235-6681 |

                                    */s/Jennifer Friesen*
                                    Jennifer Friesen, Legal Assistant