Paul J. Hickey, WSB No. 5-1431
Loyd E. Smith, WSB No. 5-2509
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Phone: (307) 634-1525
Fax: (307) 638-7335
Email: phickey@hickeyevans.com
Email: lsmith@hickeyevans.com

*Attorneys for Defendant Diocese of Cheyenne*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH**, and **JOHN DOE** on behalf of themselves and all similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE**, a Wyoming corporation; **GERALD E. SCHNEIDER**; **MICHAELEEN P. SCHNEIDER**; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD**; **KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC**, a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.**, a Delaware corporation; **DIOCESE OF CHEYENNE**, a Wyoming corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.**, a Wyoming corporation,<br><br>DEFENDANTS. | Case No. 20-CV-215-S |

## DEFENDANT DIOCESE OF CHEYENNE'S MOTION TO DISMISS

Defendant Diocese of Cheyenne ("Diocese"), through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims against it in this lawsuit for failure to state a claim upon which relief may granted.  In support of this motion, the Diocese submits an accompanying memorandum brief.

DATED this 29th day of January, 2021.

   /s/  Paul J. Hickey
Paul J. Hickey, WSB No. 5-1431
Loyd E. Smith, WSB No. 5-2509
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY  82003-0467
Phone:  (307) 634-1525
Fax:  (307) 638-7335
Email:  phickey@hickeyevans.com
Email:  lsmith@hickeyevans.com

*Attorneys for Defendant Diocese of Cheyenne*