Zenith Ward, WSB #7-4584
Buchhammer & Ward, P.C.
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY 82003-0568
(307) 634-2184
fax (307) 634-2199
zsw@wyoming.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER KARA WOODWARD; KYLE WOODWARD THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC. A Delaware corporation, DIOCESE OF CHEYENNE, a Wyoming corporation; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation,<br><br>Defendants. | Civil Action No. 20-CV-215-S |

### DEFENDANT ROCK CREEK RANCH, INC.'S NOTIFICATION OF COMPLEXITY OF A CIVIL CASE

COMES NOW Defendant Rock Creek Ranch, Inc., by and through counsel, and pursuant to U.S.D.C.L.R. 16.4, hereby notifies the Court and parties that the above named

civil case is:

    ___ Non-Complex

    _X_ Complex

DATED this 19th day of February, 2021

    Rock Creek Ranch, Inc., Defendant.

By: _____
Zenith S. Ward, WSB # 7-4584
Buchhammer & Ward, P.C.
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY  82003-0568
(307) 634-2184
(307) 634-2199 – fax
zsw@wyoming.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties per the CM/ECF electronic service of the Court, this 19th day of February, 2021.

_____
Zenith S. Ward