TIMOTHY M. STUBSON (Attorney #6-3233)
Crowley Fleck PLLP
111 West Second Street, Suite 220
Casper, WY  82601
(307) 265-2279
tstubson@crowleyfleck.com

## IN THE UNTED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE on behalf Of themselves and all similarly situated persons,<br><br>     Plaintiffs,<br><br>vs.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability Corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC., a Delaware corporation; DIOCESE OF CHEYENNE, a Wyoming Corporation; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas Corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation.<br><br>     Defendants. | Civil Action No. 20-CV-215-5 |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Timothy M. Stubson of Crowley Fleck PLLP, by and through the undersigned and hereby moves pursuant to Rule 84.3 of the Local Rules of the U.S. District Court for the District of Wyoming for an Order allowing it to withdraw as counsel for Defendant Rock Creek Ranch, Inc.. In support if its Motion, the movant states as follows:

1. Defendant has retained Zenith S. Ward of the Law Firm of Buchhammer & Ward, P.C. to represent it. Mr. Ward has entered his appearance and is prepared to fully represent the Defendant in this matter.

2. Rock Creek Ranch, Inc. has been notified and consents to this withdrawal.

WHEREFORE the undersigned moves for an Order allowing for the withdrawal of Crowley Fleck PLLP.

DATED this 19th day of February, 2021.

ROCK CREEK RANCH, INC.,

By: /s/Timothy M. Stubson
TIMOTHY M. STUBSON (Attorney #6-3233)
Crowley Fleck PLLP
111 West Second Street, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all parties per the CM/ECF electronic service of the Court this 19th day of February, 2021.

/s/Timothy M. Stubson
Timothy M. Stubson