IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
*9:19 am, 2/22/21*
**U.S. Magistrate Judge**

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE on behalf Of themselves and all similarly situated persons, | |
| Plaintiffs, | |
| vs. | Civil Action No. 20-CV-215-S |
| TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability Corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC., a Delaware corporation; DIOCESE OF CHEYENNE, a Wyoming Corporation; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas Corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation. | |
| Defendants. | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF TIMOTHY M. STUBSON

Timothy M. Stubson of Crowley Fleck PLLP, withdrawing counsel for Defendant Rock Creek Ranch, Inc. in the above-captioned matter, notified the Court of his withdrawal from further representation of Defendant.

The Court, being fully informed, GRANTS the withdrawal of Timothy M. Stubson with Zenith S. Ward of the Law Firm of Buchhammer & Ward, P.C. continuing as counsel for Defendant Rock Creek Ranch, Inc.

DATED this 22nd day of February, 2021.

_____
U.S. DISTRICT JUDGE