**TRACI L. LACOCK, #6-4009**
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
tlacock@hirstapplegate.com

*Admitted Pro Hac Vice*:
**BRIAN C. FRIES** (MO # 40830)
**MARA H. COHARA** (MO # 51051)
Lathrop GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Phone: (816) 292-2000
Fax: (816) 292-2001
brian.fries@lathropgpm.com
mara.cohara@lathropgpm.com

*Attorneys for Defendants Monks of the Most Blessed Virgin Mary
of Mount Carmel d/b/a Mystic Monk Coffee and Daniel Schneider*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, ANDREW SCAVUZZO**, and **EHAN JELINEK** on behalf of themselves and all similarly situated persons,<br><br>                              Plaintiffs,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.**, a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE**, a Wyoming corporation; **GERALD E.** | Case No. 20-CV-215-SWS |

| | |
|---|---|
| SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; **DALLY-UP, LLC**, a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.**, a Delaware corporation; **DIOCESE OF CHEYENNE**, a Wyoming corporation; the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.**, a Wyoming corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, D/B/A MYSTIC MONK COFFEE AND DANIEL SCHNEIDER'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Monks of the Most Blessed Virgin Mary of Mount Carmel, d/b/a Mystic Monk Coffee and Daniel Schneider (collectively, the "Monk Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), move the Court to dismiss Plaintiffs' First Amended Complaint as it pertains to the Monk Defendants for failure to state a claim upon which relief can be granted. In support of this Motion, the Monk Defendants hereby incorporate their contemporaneously filed Brief in Support of this Motion pursuant to Local Rule 7.1(b)(2)(A).

Dated: 26 March 2021.

                              MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, a Wyoming corporation, d/b/a Mystic Monk Coffee, and DANIEL SCHNEIDER, Defendants

BY: _____
**TRACI L. LACOCK, #6-4009**
OF HIRST APPLEGATE, LLP
Attorneys for Above-Named Defendants
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
tlacock@hirstapplegate.com

*Admitted Pro Hac Vice*:
**BRIAN C. FRIES** (MO # 40830)
**MARA H. COHARA** (MO # 51051)
Lathrop GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO  64108
Phone: (816) 292-2000
Fax: (816) 292-2001
brian.fries@lathropgpm.com
mara.cohara@lathropgpm.com

## CERTIFICATE OF SERVICE

I certify the foregoing ***Defendants Monks of the Most Blessed Virgin Mary of Mount Carmel, D/B/A Mystic Monk Coffee and Daniel Schneider's Motion to Dismiss Plaintiffs' First Amended Complaint*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 26 March 2021, and that copies were served as follows:

| | |
|---|---|
| Michael B. Rosenthal<br>Nathan A. Nicholas<br>Hathaway & Kunz, LLP<br>P. O. Box 1208<br>Cheyenne, WY  82003-1208<br>*mike@hkwyolaw.com*<br>*nnicholas@hkwyolaw.com*<br>*Attorneys for Plaintiffs* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

– 4 –

Brice M. Timmons
Bryce Ashby
Craig Edgington
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
*brice@donatilaw.com*
*bryce@donatilaw.com*
*craig@donatilaw.com*
*Attorneys for Plaintiffs*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Frank L. Watson, III
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
*fwatson@watsonburns.com*
*Attorney for Plaintiffs*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Lillian Alves
Thomas B. Quinn
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
*lalves@grsm.com*
*tquinn@gordonrees.com*
*Attorneys for Defendants*
*Trinity Teen Solutions Inc.,*
*Angela C. Woodward,*
*Jerry D. Woodward,*
*Kara Woodward,*
*Kyle Woodward,*
*Dally-Up LLC*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

| | |
|---|---|
| Keith R. Olivera<br>Monty L. Barnett<br>Rachel E. Ryckman<br>John C. Matthews<br>White & Steele P.C.<br>Dominion Towers, North Tower<br>600 17th Street, Suite 600N<br>Denver, CO  80202-5406<br>*kolivera@wsteele.com*<br>*mbarnett@wsteele.com*<br>*rryckman@wsteele.com*<br>*jmatthews@wsteele.com*<br>*Attorneys for Defendants*<br>*Triangle Cross Ranch LLC,*<br>*Gerald E. Schneider,*<br>*Michaeleen P. Schneider,*<br>*Mathew Schneider,*<br>*Mark Schneider,*<br>*Thomas George* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Paul J. Hickey<br>Loyd E. Smith<br>Hickey & Evans LLP<br>1800 Carey Avenue, Suite 700<br>P. O. Box 467<br>Cheyenne, WY  82003-0467<br>*phickey@hickeyevans.com*<br>*lsmith@hickeyevans.com*<br>*Attorneys for Defendant*<br>*Diocese of Cheyenne* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Jane M. France<br>Sundahl, Powers, Kapp & Martin<br>P. O. Box 328<br>Cheyenne, WY  82003-0328<br>*jfrance@spkm.org*<br>*Attorney for Defendant*<br>*Society of Our Lady of the Most Holy Trinity* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

| | |
|---|---|
| Patrick J. Sodoro<br>MaKenna J. Stoakes<br>Sodoro Mooney & Lenaghan<br>13924 Gold Cir.<br>Omaha, NE 68144<br>*psodoro@smllawoffice.com*<br>*mstoakes@smllawoffice.com*<br>*Attorneys for Defendant*<br>*Society of Our Lady of the Most Holy Trinity* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Rick L. Koehmstedt<br>Schwartz, Bon, Walker & Studer<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>*rick@schwartzbon.com*<br>*Attorneys for Defendant*<br>*New Mount Carmel Foundation Inc.* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Patricia K. Buchanan<br>Patterson Buchanan Fobes & Leitch<br>1000 2nd Ave. - Ste 30th Floor<br>Seattle, WA 98104<br>*pkb@pattersonbuchanan.com*<br>*Attorney for Defendant*<br>*New Mount Carmel Foundation Inc.* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Zenith S. Ward<br>Buchhammer & Ward, P.C.<br>1821 Logan Avenue<br>P. O. Box 568<br>Cheyenne, WY 82003-0568<br>*zsw@wyoming.com*<br>*Attorney for Defendant*<br>*Judith D. Jefferis*<br>*Rock Creek Ranch, Inc.* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

*/s/ signature*

OF HIRST APPLEGATE, LLP
Attorneys for Above-Named Defendants