Zenith Ward, WSB #7-4584
Buchhammer & Ward, P.C.
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY 82003-0568
(307) 634-2184
fax (307) 634-2199
zsw@wyoming.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE on behalf of themselves and all similarly situated persons,<br><br>            Plaintiffs,<br><br>vs.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER KARA WOODWARD; KYLE WOODWARD THOMAS GEORGE; JUDITH D. JEFFRIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC. A Delaware corporation, DIOCESE OF CHEYENNE, a Wyoming corporation; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation,<br><br>            Defendants. | Civil Action No. 20-CV-215-S |

### DEFENDANTS JUDITH D. JEFFERIS AND ROCK CREEK RANCH INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

COMES NOW Defendants Judith D. Jefferis and Rock Creek Ranch, Inc., through their attorneys Buchhammer & Ward, P.C., and hereby move this Court, pursuant to Fed.

R. Civ. P. 12(b)(6) to dismiss Plaintiff's Amended Complaint with prejudice as it pertains to Judith D. Jefferis and Rock Creek Ranch, Inc. for failure to state a claim upon which relief may be granted. In support of this Motion, Judith D. Jefferis and Rock Creek Ranch, Inc. hereby incorporate their Defendant Judith D. Jefferis and Rock Creek Ranch, Inc.'s Brief in Support of Motion to Dismiss First Amended Complaint pursuant to Local Rule 7.1(b)(2)(a).

DATED this 26th day of March, 2021

Judith D. Jeffris and Rock Creek Ranch, Inc.,
Defendants.

By: _____
Zenith S. Ward, WSB # 7-4584
Buchhammer & Ward, P.C.
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY  82003-0568
(307) 634-2184
(307) 634-2199 – fax
zsw@wyoming.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties per the CM/ECF electronic service of the Court, this 26th day of March, 2021.

_____
Zenith S. Ward