Rick L. Koehmstedt, WSB 6-3101
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Suite 500
Casper, WY 82601
(307) 235-6681
rick@schwartzbon.com

Patricia K. Buchanan (WSBA 19892)
*Admitted Pro Hac Vice*
Patterson Buchanan Fobes & Leitch, Inc., P.S.
1000 Second Ave., 30th Floor
Seattle, WA 98104
(206) 462-6700
pkb@pattersonbuchanan.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, and JOHN DOE, on behalf Of themselves and all similarly situated persons, )<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability corporation; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming Corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability corporation; ROCK CREEK RANCH, INC., a Delaware corporation; DIOCESE OF CHEYENNE, a Wyoming corporation; the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation,<br><br>Defendants. | Civil Action No.: 20-cv-00215 |

## DEFENDANT NEW MOUNT CARMEL FOUNDATION, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant New Mount Carmel Foundation, Inc. (hereinafter "Foundation"), through their attorneys Schwartz, Bon, Walker & Studer, LLC, and Patterson Buchanan Fobes & Leitch, Inc., P.S., hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' claims against the Foundation for failure to state a claim upon which relief may be granted.  The Foundation has submitted its supporting Brief contemporaneously with this Motion.  For the foregoing reasons and those reasons contained in the supporting Brief, the Foundation respectfully requests that the Court dismiss Plaintiffs' claims against the Foundation, with prejudice.

DATED this 26th day of March, 2021.

        SCHWARTZ, BON, WALKER & STUDER, LLC

        By: *s/Rick L. Koehmstedt*
            Rick L. Koehmstedt, WSB 6-3101
            Of Attorneys for Defendant New Mount Carmel Foundation, Inc.
            141 S. Center St., Suite 500
            Casper, WY  82601
            (307) 235-6681
            rick@schwartzbon.com

        PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.

        By: *s/Patricia K. Buchanan*
            Patricia K. Buchanan, WSBA 19892
            *Admitted Pro Hac Vice*
            Of Attorneys for Defendant New Mount Carmel Foundation, Inc.
            1000 Second Ave., 30th Floor
            Seattle, WA  98104
            pkb@pattersonbuchanan.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all parties per the CM/ECF electronic service of the Court, this 26th day of March, 2021.

                                    */s/Jennifer Friesen*
                                    Jennifer Friesen, Legal Assistant