# EXHIBIT A

New Mount Carmel Foundation, Inc.



The New Mount Carmel Foundation, Inc. was organized to serve the temporal needs of the Monks of the Most Blessed Virgin Mary of Mount Carmel by bringing together donations from disparate sources and facilitating the purchase and development of a new monastery for this rapidly growing community of young Monks. Little formal or organized support exists for the monastic orders, so this Foundation has undertaken a serious endeavor in service of an identified need: to receive donations from well-intentioned faithful toward the purchase and subsequent development of a remote mountainous parcel of real property near Cody, Wyoming so that the property and improvements thereon may be donated to the Monks of the Most Blessed Virgin Mary of Mount Carmel. The establishment of this Foundation will greatly assist the Catholic Faithful in the practice of their faith by ensuring an earthly institution to provide for the congregation and housing of devout Carmelite Monks to serve the spiritual needs of us all through the ministry of the Sacraments, their prayers and good example, and the other spiritual endeavors and events organized for the faithful at the Monastery. Mountainous land was purchased near Meeteetse, Wyoming in 2010 and construction on the monastery buildings began in 2014 and is in progress today. New Mount Carmel Foundation, Inc. has no financial relationship or legal obligation to any other entity.

Give A One Time Gift:



Contact us: contact@newmountcarmelfoundation.org

# EXHIBIT B

New Mount Carmel Foundation, Inc.                                                                              Page 1 of 1



Home    About Us    Mountain Monastery    News    Donate

Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly

[Subscribe]

or Give A One Time Gift:

[Donate]

## Welcome to The New Mount Carmel

    Praised be Jesus Christ! Welcome to the website for the foundation serving the Carmelite Monks' vision of the New Mount Carmel.

    As the Carmelite Monks of Wyoming receive numerous vocational inquiries each week (in excess of three hundred inquiries in the last year alone), the New Mount Carmel Foundation has undertaken the holy work of acquiring solitary mountain land and constructing a classical gothic monastery in keeping with the Carmelite Rule.  Thanks to the generosity of many benefactors, the New Mount Carmel Foundation was able to purchase a solitary, beautiful ranch at the end of a private road near Meeteetse, Wyoming, in 2010.  Having acquired mountain property, the Board of Directors is presently completing the installation of infrastructure and design preparations on the monastery complex as plans are being made to break ground in the near future.



    Served by a Board of Directors of professional laymen and separately incorporated in the State of Wyoming, the New Mount Carmel Foundation is spearheading an effort to not only build a monastery to accommodate the great number of young novices the community is attracting, but to found a New Mount Carmel for America from which graces and blessings flow.  At this spiritual oasis, the monks will be able to truly live their apostolate of spiritual fatherhood by offering retreats on prayer and the deep wellsprings of Carmelite spirituality.

    We invite you to become a part of this great work by your prayers and financial support.  May God reward you for your consideration of our holy endeavor, which is truly dependent on your generosity! Be certain of the prayers of the Board of Directors, as well as the holy prayers of the Monks of the Most Blessed Virgin Mary of Mount Carmel.

In Our Lady of Mount Carmel,

*The Board of Directors*

The New Mount Carmel Foundation and the Carmelite Monks have the full support of the Bishop of Cheyenne, Wyoming:

Click here to read Bishop Etienne's letter of endorsement.

Click here to read our previous Bishop Ricken's letter of endorsement.

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



| Home | About Us | Mountain Monastery | News | Donate |

Contact Us

Click here for News!

Give A Recurring Gift:

A : $50.00USD - monthly



or Give A One Time Gift:



## History of the New Mount Carmel

    The New Mount Carmel Foundation, Inc. was organized in 2009 with the sole aim of seeing the Monks of the Most Blessed Virgin Mary of Mount Carmel live their life of prayer and intercession for the world at the New Mount Carmel.  Inspired by the monk's need for a new monastery as they rapidly grow in number and convinced that God is at work in this community, the New Mount Carmel Foundation was created to purchase suitable mountain property in the vibrant Rocky Mountains and to construct a gothic monastery, for the continued growth of the community, the endurance of their monastic tradition, and the full realization of their mission in the Church and in the world.



    The New Mount Carmel Foundation, through the generosity of a few benefactors, was able to purchase the mountain property for the monks' monastery in the fall of 2010. Presently the foundation is working with the diocese of Cheyenne on preparing to break ground on the monastery structure in the near future.

    The New Mount Carmel Foundation is served by a Board of Directors, laymen who have a deep love for the monks and a firm desire to see the monastery established where a New Mount Carmel may blossom here in America. With this end in mind, the Foundation seeks charitable contributions from the Catholic faithful, generous individuals, and charitable foundations.  The Directors have a moral and legal obligation to be good stewards of these most generous gifts, investing the funds wisely and growing them until the total funds necessary to construct a monastery have been raised.  The Foundation's Directors generously donate their professional talents and expertise to eliminate any expenses that might reduce the funds available to attain this vision. Having purchased a solitary, mountainous property in keeping with the monastic tradition, the Foundation presently works to construct a monastery for the protection and preservation of the Carmelite monastic life.

    The Foundation exists to assist not only the Carmelites, but also the lay faithful. By ensuring the building of the monastic structures necessary for the temporal needs of the monks, these Carmelites will be able to live their life of worship and sacrifice. Through the fruitfulness of this spiritual life, the monks are empowered to care for the many needs of souls. This spiritual fatherhood is centered on the Holy Sacrifice of the Mass, the ministering of the Sacraments, and the other activities of daily monastic life.

    The New Mount Carmel Foundation, Inc. receives no financial support from the Diocese of Cheyenne.

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.

The Vision of the New Mount Carmel                                                               Page 1 of 1



Home    About Us    Mountain Monastery    News    Donate

Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly



or Give A One Time Gift:



# Vision of the New Mount Carmel

    The Foundation's vision is simple: to found a New Mount Carmel here in America. Mount Carmel in the Holy Land has forever been a place of silence, solitude and spiritual favors. The prayers and vigils of the Carmelites on this holy mountain have been a source of countless graces and blessings for Holy Mother Church and the entire world.



    In our own day there is a tremendous need for divine intercession and the maternal blessing of the Mother of God. Since each Carmelite Monastery is an image of Mount Carmel in the Holy Land, we desire to see a New Mount Carmel founded in America's Rocky Mountains. Our nation and our world are in need of a place of tranquility and peace, a place where heaven and earth are separated only by the thinnest veil: this is our vision for a New Mount Carmel.

    By acquiring mountain property, we envision constructing a monastery for the Carmelite Monks of Wyoming in the traditional Gothic style and in accord with the Carmelite Rule. The monastery will be thoughtfully designed to endure for future generations.



    Here at this New Mount Carmel the monks shall be united in prayer before the Divine Throne of the Adorable Trinity. This is indeed a holy vision for God's glory and the salvation of numerous souls. Imagine the number of Carmelite monks over the years who will call this holy mountain "home" throughout the generations to come and the sheer number of souls who will encounter the Lord's goodness and mercy in this solitary and wild place!

    May this vision be realized that God may be forevermore praised!

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



| Home | About Us | Mountain Monastery | News | Donate |

Contact Us

Click here for News!

Give A Recurring Gift:





or Give A One Time Gift:



## Mountain Property



     Throughout salvation history the mountains have been the home of solitaries where the soul can commune directly with its Beloved Lord.  When we consider the great prophets of the Old Testament such as St. Elias or St. John the Baptist, or the glorious saints of Church History such as St. John of the Cross or the thirteenth century Carmelite Martyrs on Mount Carmel, we find that they all have in a common an unquenchable desire for solitude with God.

     Since the Carmelites are one of the great eremitical (solitary) Orders of the Church (coupled with the Carthusians and Camaldolese) we can easily understand the importance of mountain solitude for our Wyoming Carmelites.  In the mountains, often wild and remote, the soul can make a swift journey towards union with God; the beauty of the wilderness alone raises the mind and heart to the Eternal Father who created the things of this world.  In the mountains the Carmelite monks will at last be in a place conducive to their life and in keeping with their Holy Rule.  The Carmelite Rule prescribes that they may have "foundations in solitary places" as is suitable and appropriate for the observance of the Carmelite life.  The New Mount Carmel Foundation is deeply committed to assisting the Carmelite Monks of Wyoming to reestablish in the magnificent Rocky Mountains of Wyoming.

     Since the Carmelites arrived in Wyoming, they sought mountain property that would provide them with a silent, solitary place to observe their cloistered, contemplative life.  This proved to be a very challenging task in consideration of the large amount of public lands in Wyoming, the arid nature of much of Wyoming's deeded ground, and the historical, large landholdings.  After a few failed attempts to acquire mountainous land, the New Mount Carmel Foundation, Inc. was able to purchase a large tract of mountain ground for the Carmelite Monks near Meeteetse, Wyoming, that is beautiful and ideal for our Carmelite fathers and brothers.

     In the blessed stillness of the mountains, the Foundation desires to realize a New Mount Carmel of holiness for our nation and a place where the monastic life will be preserved and protected for our children and grandchildren.

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



Home    About Us    Mountain Monastery    News    Donate

Contact Us

## The Monks Monastery

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly




or Give A One Time Gift:



  As the Carmelites become crowded in their present family home, the New Mount Carmel Foundation is compelled to assist the monks in living the fullness of the Carmelite life in a real monastic environment of mountain solitude.  While the monks are very contented in their present poverty, Fr. Daniel Mary is admittedly under the tremendous burden of providing for the formation of his sons.  The Board of Directors desires to assist Father Daniel by raising the funds from disparate sources to begin construction of a permanent monastery for the Carmelite community.

  The Carmelite Monastery will be a school in the Lord's service where young men will live the fullness of their contemplative vocations for the benefit of Holy Church.  One can simply imagine the many levels of prayer that will be happening within the monastery walls where the lay brothers kneel at the sound of the bell to pray the *Our Father*, while the choir monks process to the church to intone the psalms of the Liturgy of the Hours and the solitary hermits in the silence of the wilderness kneel quietly before their private altars to pray the Divine Office.  What a magnificently powerful vision!



  The proposed monastery for the Carmelite Monks will be constructed of simple, durable materials that will last for generations.  Indicative of the monks' traditional manner of living and their monastic roots in the middle ages, the monastery will be designed in a classical, gothic style.  Gothic architecture possesses the wonderful quality being at once simple, void of ornateness and elaborate artwork, yet beautiful and transcending.  Much like the hidden life of the Wyoming Carmelites, gothic architecture pierces the very heavens as if beckoning for the blessings of God and the intercession of the saints.

  St. Teresa of Jesus, like St. Francis of Assisi and many other saints, insisted that while the monastery should be simple, the church should be fitting for our Divine King.  The monastic church, therefore, will be the central focus of the entire monastery.  The church will be surrounded by the common buildings and separate hermitages of the monks that are designed to provide what is necessary for monastic observance and to last for the years to come.

  The New Mount Carmel Foundation is excited to proceed with this historically significant undertaking as we "build something beautiful for God" and for this extraordinary community of Carmelite Monks.

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



| Home | About Us | Mountain Monastery | News | Donate |

Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly



or Give A One Time Gift:



## Building Plan

    The New Mount Carmel Foundation has helped the Carmelite Monks develop their building plan over the last 4 years. The Foundation received the conceptual designs for the monks' monastery from the Design Architect, McCrery Architects, LLC. After much discussion and work, they are happy to present the following designs that they are preparing to build as a monastery for the monks:

| **Refectory** | **Chapter House** | **Hermitages** | **Infirmary - Novitiate** |
| **Chapel** | **Guest Quarters** | | |

### Refectory

The refectory is the building where the monks live their common life. The monks eat in a common refectory listening to a reading from Sacred Scripture. The refectory building will have a kitchen area, recreation room, library, computer scriptorium, and various work rooms.





The Building Plans                                                                                          Page 2 of 2



HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly



or Give A One Time Gift:

Home    About Us    Mountain Monastery    News    Donate

# Building Plan

    The New Mount Carmel Foundation has helped the Carmelite Monks develop their building plan over the last 4 years. The Foundation received the conceptual designs for the monks' monastery from the Design Architect, McCrery Architects, LLC. After much discussion and work, they are happy to present the following designs that they are preparing to build as a monastery for the monks:

| Refectory | Chapter House | Hermitages | Infirmary - Novitiate |
| Chapel | Guest Quarters | | |

## Chapter House

The chapter house is the building where the monks make their vows and are clothed in the holy habit. The monks will use it as an temporary chapel.





The Building Plans                          Page 2 of 2



HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly



or Give A One Time Gift:

Home    About Us    Mountain Monastery    News    Donate

## Building Plan

    The New Mount Carmel Foundation has helped the Carmelite Monks develop their building plan over the last 4 years. The Foundation received the conceptual designs for the monks' monastery from the Design Architect, McCrery Architects, LLC. After much discussion and work, they are happy to present the following designs that they are preparing to build as a monastery for the monks:

| **Refectory** | **Chapter House** | **Hermitages** | **Infirmary - Novitiate** |
| **Chapel** | **Guest Quarters** | | |

### Hermitages

There will be thirty hermitages for monks in the Grand Cloister.



The Building Plans                                                                                                                    Page 2 of 2

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.

The Building Plans                                                                                                                    Page 1 of 2



Contact Us          Home          About Us          Mountain Monastery          News          Donate

## Building Plan
Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly



or Give A One Time Gift:



    The New Mount Carmel Foundation has helped the Carmelite Monks develop their building plan over the last 4 years. The Foundation received the conceptual designs for the monks' monastery from the Design Architect, McCrery Architects, LLC. After much discussion and work, they are happy to present the following designs that they are preparing to build as a monastery for the monks:

| | | | |
|---|---|---|---|
| **Refectory** | **Chapter House** | **Hermitages** | **Infirmary - Novitiate** |
| **Chapel** | **Guest Quarters** | | |

### Infirmary

The infirmary building includes an infimary for the sick, a novitiate area, and the offices of the monastery.





The Building Plans                                                                                           Page 2 of 2



HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



Home     About Us     Mountain Monastery     News     Donate

Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly

or Give A One Time Gift:

## Building Plan

    The New Mount Carmel Foundation has helped the Carmelite Monks develop their building plan over the last 4 years. The Foundation received the conceptual designs for the monks' monastery from the Design Architect, McCrery Architects, LLC. After much discussion and work, they are happy to present the following designs that they are preparing to build as a monastery for the monks:

| Refectory | Chapter House | Hermitages | Infirmary - Novitiate |
| Chapel    | Guest Quarters |           |                        |

### Chapel

The chapel will be built with a choir for 30 monks and their guests.



The Building Plans                                                                                                         Page 2 of 2



HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.



Contact Us

Click here for News!

Give A Recurring Gift:
A : $50.00USD - monthly

or Give A One Time Gift:

Home    About Us    Mountain Monastery    News    Donate

## Building Plan

    The New Mount Carmel Foundation has helped the Carmelite Monks develop their building plan over the last 4 years. The Foundation received the conceptual designs for the monks' monastery from the Design Architect, McCrery Architects, LLC. After much discussion and work, they are happy to present the following designs that they are preparing to build as a monastery for the monks:

| Refectory | Chapter House | Hermitages | Infirmary - Novitiate |
| Chapel | Guest Quarters | | |

### Guest Quarters

The guest area has rooms for eight guests and speak rooms for meeting with the monks.



EXHIBIT B - Page 16 of 17

HOME | ABOUT US | NEWS | MOUNTAIN MONASTERY | DONATE

© 2013, New Mount Carmel Foundation, Inc.