Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
Fax:  (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, ANDREW SCAVUZZO,** and **EHAN JELINEK,** on behalf of themselves and all similarly situated persons, | ) ) ) ) |
| PLAINTIFFS, | ) |
| v. | ) **Case No. 20-CV-215-S** |
| | ) |
| **TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE**, a Wyoming corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D.** | ) ) ) ) ) ) ) ) |

| | |
|---|---|
| **WOODWARD**; **DANIEL SCHNEIDER**; **MATHEW SCHNEIDER**; **MARK SCHNEIDER**; **KARA WOODWARD**; **KYLE WOODWARD**; **THOMAS GEORGE**; **JUDITH D. JEFFERIS**; **DALLY-UP, LLC**, a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.**, a Delaware corporation; **DIOCESE OF CHEYENNE**, a Wyoming corporation; the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation; and the **NEW MOUNT CARMEL FOUNDATION, INC.**, a Wyoming corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' VARIOUS MOTIONS TO DISMISS

Plaintiffs, by and through undersigned counsel, pursuant to Local Rule 6.1(e), respectfully submit this Unopposed Motion for Extension of Time to Respond to Defendants' various Motions to Dismiss and supporting memoranda and affidavits [Nos. 120-132], up through and including to May 7, 2021, and advise the Court as follows:

1. Undersigned counsel have conferred with the defense counsel regarding the requested relief, and Defendants do not oppose the extension requested.

2. This is the first extension requested by Plaintiffs to respond to the various Motions to Dismiss and supporting documents [Nos. 120-132].

3. Plaintiffs did not oppose the Defendants' Motion for Extension of Time to Respond to the First Amended Complaint [No. 115], which was granted by the Court [No. 116].

4. Based on the foregoing, Plaintiffs request an extension to time up to and including May 7, 2021, to respond to the Defendants' Motions to Dismiss and supporting documents.

5.      No party will be prejudiced by the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Court grant an extension of time until May 7, 2021, to respond to Defendants' Motions to Dismiss.

DATED this 6th day of April, 2021.

        Carlie Sherman, Anna Gozun, Amanda Nash, Andrew Scavuzzo, and Ehan Jelinek, on behalf of themselves and all similarly situated persons, PLAINTIFFS

By: */s/ Michael Rosenthal*
    Michael Rosenthal, WSB #5-2099
    Nathan Nicholas, WSB #7-5078
    Hathaway & Kunz, LLP
    P.O. Box 1208
    Cheyenne, WY  82003-1208
    (307) 634-7723
    Fax:  (307) 634-0985
    mike@hkwyolaw.com
    nnicholas@hkwyolaw.com

    Brice M. Timmons (TN Bar #29582)
    Bryce Ashby (TN Bar #026179)
    Craig Edgington (TN Bar #038205)
    *Admitted Pro Hac Vice*
    Donati Law, PLLC
    1545 Union Ave.
    Memphis, TN  38104
    (901) 209-5500
    Fax: (901) 278-3111
    brice@donatilaw.com
    bryce@donatilaw.com
    craig@donatilaw.com

                              Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of April, 2021, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Rick L. Koehmstedt<br>SCHWARTZ, BON, WALKER & STUDER, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax:  (307) 234-5099<br>[   ] E-mail:  rick@schwartzbon.com |
| Patricia K. Buchanan<br>Patterson Buchanan Fobes & Leitch, Inc., P.S.<br>1000 Second Ave., 30th Floor<br>Seattle, WA 98104 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax:<br>[   ] E-mail: pkb@pattersonbuchanan.com |
| Thomas Quinn<br>Lillian L. Alves<br>GORDON REES SCULLY MANSUKHANI, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO  80202 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax:  (303) 534-5161<br>[   ] E-mail:  tquinn@grsm.com<br>lalves@grsm.com |
| Lindsey M. Romano<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 200<br>San Francisco, CA  94111 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax:<br>[   ] E-mail:  lromano@grsm.com |

| | |
|---|---|
| Paul J. Hickey<br>Loyd E. Smith<br>HICKEY & EVANS, LLP<br>1800 Carey Avenue, Suite 700<br>P.O. Box 467<br>Cheyenne, WY 82003-0467 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax: (307) 638-7335<br>[   ] E-mail:<br>       phickey@hickeyevans.com<br>       lsmith@hickeyevans.com |
| Jane M. France<br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>1725 Carey Avenue<br>P.O. Box 328<br>Cheyenne, WY  82003 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax: (307) 632-7216<br>[   ] E-mail: jfrance@spkm.org |
| Makenna J. Stoakes,<br>Patrick J. Sodoro<br>Sodoro, Mooney, Lenaghan<br>13924 God Circle<br>Omaha, NE  68144 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax:<br>[   ] E-mail:<br>       mstoakes@smllawoffice.com<br>       psodoro@smllawoffice.com |
| Monty L. Barnett<br>Rachel E. Ryckman<br>Keith R. Olivera<br>John C. Matthews<br>WHITE AND STEELE, P.C.<br>Dominion Towers, North Tower<br>600 17th Street, Suite 600N<br>Denver, CO 80202-5406 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax:<br>[   ] E-mail: mbarnett@wsteele.com<br>       rryckman@wsteele.com<br>       kolivera@wsteele.com<br>       jmatthews@wsteele.com |
| Traci L. Lacock,<br>Hirst Applegate, LLP<br>P.O. Box 1083<br>Cheyenne, WY 82003-1083 | [ x ] CM/ECF<br>[   ] U.S. Mail<br>[   ] Fax: (307) 632-4999<br>[   ] E-mail:<br>       tlacock@hirstapplegate.com |

| | |
|---|---|
| Mara Cohara<br>Brian Fries<br>Lathrop GPM LLP<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO  64108-2618 | [ x ]  CM/ECF<br>[   ]  U.S. Mail<br>[   ]  Fax:<br>[   ]  E-mail:<br>            mara.cohara@lathropgpm.com<br>            brianfries@lathropgpm.com |
| Zenith Ward<br>Buchhammer & Ward, P.C.<br>1821 Logan Avenue<br>P.O. Box 568<br>Cheyenne, WY 82003-0568 | [ x ]  CM/ECF<br>[   ]  U.S. Mail<br>[   ]  Fax:  (307) 634-2199<br>[   ]  E-mail:   zsw@wyoming.com |

                                                               */s/ Michael Rosenthal*