Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
Fax: (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 209-5500
Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

---

| | | |
|---|---|---|
| **CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, ANDREW SCAVUZZO,** and **EHAN JELINEK** on behalf of themselves and all similarly situated persons, | ) | |
| PLAINTIFFS, | ) | |
| v. | ) | **Case No. 20-CV-215-S** |
| **TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE**, a Wyoming corporation; **GERALD E. SCHNEIDER**; **MICHAELEEN P.** | ) | |

**SCHNEIDER**; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD**; **KYLE WOODWARD**; **THOMAS GEORGE; JUDITH D. JEFFERIS**; **DALLY-UP, LLC**, a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.**, a Delaware corporation; **DIOCESE OF CHEYENNE**, a Wyoming corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.**, a Wyoming corporation,

DEFENDANTS.

**PLAINTIFFS' NOTICE OF REQUEST FOR ORAL ARGUMENT**

Come now Plaintiffs, Carlie Sherman, Anna Gozun, Amanda Nash, Andrew Scavuzzo, and Ehan Jelinek hereinafter collectively ("Plaintiffs") and give notice of their request for oral argument in the Court's discretion. Defendants have each filed motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Many of the Defendants' arguments overlap, and some replies inappropriately raise new legal theories for the first time. Rather than further add to the nearly 1,000 pages of briefing already before the Court by requesting leave to file sur-replies, Plaintiffs give notice that should the Court find any issue inadequately addressed that they request oral argument in the Court's sole discretion.

Respectfully submitted this 28th day of May 2021.

Carlie Sherman, Anna Gozun, Amanda Nash, and John Doe, on behalf of themselves and all similarly situated persons, PLAINTIFFS

By: */s/Brice M. Timmons*

Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 209-5500
Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
Fax: (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

        Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS

**CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of May 2021, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Rick L. Koehmstedt<br>SCHWARTZ, BON, WALKER & STUDER, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax: (307) 234-5099<br>[ ] E-mail: rick@schwartzbon.com |
| Patricia K. Buchanan<br>Patterson Buchanan Fobes & Leitch, Inc., P .S.<br>1000 Second Ave., 30th Floor<br>Seattle, WA 98104 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail:<br>pkb@pattersonbuchanan.com |
| Thomas Quinn<br>Lillian L. Alves<br>GORDON REES SCULLY MANSUKHANI, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax: (303) 534-5161<br>[ ] E-mail: tquinn@grsm.com<br>lalves@grsm.com |
| Lindsey M. Romano<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 200<br>San Francisco, CA 94111<br>Phone: 415-986-5900<br>lromano@grsm.com | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail: lromano@grsm.com |

| | |
|---|---|
| Paul J. Hickey<br>Loyd E. Smith<br>HICKEY & EVANS, LLP<br>1800 Carey Avenue, Suite 700<br>P.O. Box 467<br>Cheyenne, WY 82003-0467 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax: (307) 638-7335<br>[ ] E-mail:<br>phickey@hickeyevans.com<br>lsmith@hickeyevans.com |
| Jane M. France<br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>1725 Carey Avenue<br>P.O. Box 328<br>Cheyenne, WY 82003 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax: (307) 632-7216<br>[ ] E-mail: jfrance@spkm.org |
| Makenna J. Stoakes,<br>Patrick J. Sodoro<br>Sodoro, Mooney, Lenaghan<br>13924 God Circle<br>Omaha, NE 68144 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail:<br>mstoakes@smllawoffice.com<br>psodoro@smllawoffice.com |
| Monty L. Barnett<br>Rachel E. Ryckman<br>Keith R. Olivera<br>WHITE AND STEELE, P.C.<br>Dominion Towers, North Tower<br>600 17th Street, Suite 600N<br>Denver, CO 80202-5406 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail: mbarnett@wsteele.com<br>rryckman@wsteele.com<br>kolivera@wsteele.com |
| Traci L. Lacock,<br>Hirst Applegate, LLP<br>P.O. Box 1083<br>Cheyenne, WY 82003-1083 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax: (307) 632-4999<br>[ ] E-mail:<br>tlacock@hirstapplegate.com |
| Mara Cohara<br>Brian Fries<br>Lathrop GPM LLP<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108-2618 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail:<br>mara.cohara@lathropgpm.com<br>brianfries@lathropgpm.com |

Tim Stubson
CROWLEY FLECK PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601

[ x ] CM/ECF
[ ] U.S. Mail
[ ] Fax: (307) 265-2307
[ ] E-mail: tstubson@crowleyfleck.com

Zenith Ward
Buchhammer & Ward, P.C.
1821 Logan Avenue
P.O. Box 568
Cheyenne, WY 82003-0568

[ x ] CM/ECF
[ ] U.S. Mail
[ ] Fax: (307) 634-2199
[ ] E-mail: zsw@wyoming.com

*/s/ Brice M. Timmons*