UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

---

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH, ANDREW SCAVUZZO, and EHAN JELINEK, on behalf of themselves and similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability company; MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE, a Wyoming corporation; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC, a Wyoming limited liability company; ROCK CREEK RANCH, INC., a Delaware corporation; DIOCESE OF CHEYENNE, a Wyoming corporation; SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation; and NEW MOUNT CARMEL FOUNDATION, INC., a Wyoming corporation,<br><br>    Defendants. | Case No. 20-CV-215-SWS |

---

### SUMMARY OF CLAIMS SURVIVING DISMISSAL AND REFERRAL TO MAGISTRATE JUDGE FOR IPT

---

This case comes before the Court following its entry of six orders ruling on the Defendants' various motions to dismiss. (Docs. 157-162.) In conformity with those six

orders, the Court summarizes the claims surviving dismissal as follows:

Count 1, liability as a primary offender under 18 U.S.C. § 1589(a) for knowingly providing or obtaining illegal forced labor, survives and proceeds to discovery against the following Defendants: Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kara Woodward, Kyle Woodward, Triangle Cross Ranch, Gerald Schneider, Michaeleen Schneider, Mark Schneider, Mathew Schneider, and Thomas George.

Count 2, venture liability under 18 U.S.C. § 1589(b) for knowingly benefiting from illegal forced labor, survives and proceeds to discovery against the following Defendants: Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kara Woodward, Kyle Woodward, Triangle Cross Ranch, Gerald Schneider, Michaeleen Schneider, Mark Schneider, Mathew Schneider, Thomas George, Dally-Up LLC, and the Society of Our Lady of the Most Holy Trinity (but only as to Plaintiffs who were residents at Triangle Cross Ranch).

Count 3, liability under 18 U.S.C. § 1590(a) for knowingly trafficking a person for forced labor or services, survives and proceeds to discovery against the following Defendants: Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kara Woodward, Kyle Woodward, Triangle Cross Ranch, Gerald Schneider, Michaeleen Schneider, Mark Schneider, Mathew Schneider, Thomas George, Dally-Up LLC, and the Society of Our Lady of the Most Holy Trinity (but only as to Plaintiffs who were residents at Triangle Cross Ranch).

Count 4, civil liability under the Racketeer Influenced and Corrupt Organizations Act (RICO), is dismissed in its entirety as to all Defendants.

Count 5, negligence and negligent infliction of emotional distress under state law, is dismissed in its entirety as to all Defendants.

The following named Defendants are hereby dismissed from this lawsuit because no plausibly-pled claim surviving 12(b)(6) dismissal has been asserted against them: Monks of the Most Blessed Virgin Mary of Mount Carmel d/b/a Mystic Monk Coffee, Daniel Schneider, Judith Jefferis, Rock Creek Ranch Inc., the Diocese of Cheyenne, and the New Mount Carmel Foundation Inc.

With all motions to dismiss having been disposed of, **IT IS THEREFORE ORDERED** that this matter is referred to the magistrate judge to conduct an Initial Pretrial Conference under Fed. R. Civ. P. 16.

**DATED:** November 30th, 2021.

Scott W. Skavdahl
United States District Judge