Thomas B. Quinn (WY: #5-2630)
Lillian L. Alves (*Pro Hac Vice*)
Lindsey M. Romano (*Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN**; **AMANDA NASH**; and **ANDREW SCAVUZZO**, and **EHAN JELINEK** on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC,** a Wyoming limited liability corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; DALLY-UP, LLC,** a Wyoming limited liability corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation;<br><br>Defendants. | Civil Doc. No. 20-CV-215-SWS<br><br>**DEFENDANTS' JOINT MOTION TO SEVER** |

1

## CONFERRAL EFFORTS

Pursuant to Local Rule 7.1(b)(1)(A), on December 14, 2021 undersigned counsel conferred with opposing counsel via e-mail and set forth the bases for Defendants' joint request to sever the claims of the Trinity Teen Solutions (TTS) Plaintiffs from those of the Triangle Cross Ranch (TCR) Plaintiffs. The parties conferred orally on December 21, 2021. Plaintiffs do not take a position regarding the relief sought by Defendants but do not concede the points raised by Defendants in support of their request. Plaintiffs may elect to file a responsive pleading addressing any points of disagreement they have with Defendants' arguments.

## ARGUMENT AND AUTHORITIES

1. The remaining claims following the Court's ruling on the Defendants' FED. R. CIV. P. 12(b)(6) are Trafficking Victims Protection Act (TVPA) causes of action against Trinity Teen Solutions, Dally-Up LLC, the Woodward Defendants (collectively "the TTS defendants") on one hand and Triangle Cross Ranch, the Schneider Defendants (less Daniel Schneider), Society of Our Lady of the Most Holy Trinity (SOLT), and Thomas George (collectively "the TCR Defendants") on the other.

2. Neither the family relationship between the TTS and TCR Defendants nor the claims all deriving from the TVPA are sufficient to meet the requirements or purpose of FED. R. CIV. P. 20(a). *See e.g. In re Chochos*, 325 B.R. 780, 786 (Bankr.N.D.Ind. 2005).

3. "Rule 20 sets out a two-part test for joinder: (1) whether the claims against defendants arise out of the same transaction or occurrence; and (2) whether there are common questions of law or fact to all defendants." *Energy Drilling, LLC v. Pac. Energy & Mining Co.* 2016 WL 7428013 at *4 (D. Wyo. March 29, 2016) (citation omitted).

4. The Court will additionally evaluate whether joinder meets the purpose of FED. R. CIV. P. 20(a)'s purposes of trial convenience and final resolution of disputes as well as whether joinder causes undue prejudice to any party. *Id*.

5. The Court has the power to remedy misjoinder of parties pursuant to FED. R. CIV. P. 21.

6. Although the requirements of FED. R. CIV. P. 20(a) are to be interpreted liberally, the requirements of the rule still must be met." *Anderson v. NVR, Inc*., 300 F.R.D. 116, 118 (W.D.N.Y. 2014).

7. The TTS and TCR Plaintiffs' respective claims arise from separate transactions and occurrences that are not part of a series. *Cf. Mosley v. Gen. Motors Corp*., 497 F.2d 1330, 1333-34 (8th Cir. 1974); *Ardolf v. Weber*, 332 F.R.D. 467, 489 (S.D.N.Y. 2019) (two cases that did involve a series of transactions or occurrences)

8. There are not questions of law and fact that are common to all defendants. *Trail Realty, Inc. v. Beckett*, 462 F.2d 396, 400 (10th Cir. 1972). *Cf Ardolf*, 332 F.R.D. at 481 (Addressing joinder in a TVPA case that did involve common issues of law and fact").

9. Joinder will not facilitate resolution or convenience due to the lack of overlapping or common facts and witnesses.

10. Joinder significant prejudices the Defendants because of the risk of jury confusion use of improper evidence in the claims against them. *Rhodes v. Target Corp*., 313 F.R.D. 656, 660 (M.D. Fla. 2016) It will additionally significantly increase litigation costs.

3

**WHEREFORE** Defendants respectfully request that prior to the commencement of discovery, this Court sever the TTS claims from the TCR claims and separate them into two cases, with the TTS Plaintiffs and TTS Defendants in one case and the TCR Plaintiffs and TCR Defendants in the other.

Respectfully submitted this 27th day of December, 2021.

/s/ *Thomas B. Quinn*
/s/ *Lillian Alves*
/s/ *Lindsey Romano*
Thomas B. Quinn (WY: #5-2630)
Lillian L. Alves (Pro Hac Vice)
Lindsey M. Romano (Pro Hac Vice)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Ste. 3400
Denver, CO 80202
Tel: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

*Attorneys for Defendants Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC*

s/ *Monty L. Barnett*
Monty L. Barnett WY #6-2694
Keith Olivera
Rachel E. Ryckman
John C. Matthews *(Pro Hac Vice)*
White & Steele PC
600 17th Street, Ste. 600N
Denver, CO 80202
(303) 296-2828
mbarnett@wsteele.com
kolivera@wsteele.com
rryckman@wsteele.com
jmatthews@wsteele.com
*Attorneys for Defendants Triangle Cross Ranch LLC, Gerald Schneider, Michaeleen P. Schneider*

4

*Mathew Schneider, Mark Schneider, and Thomas George*


 *s/ Jane M. France*
Jane M. France WSB #7-4828
Sundahl, Powers, Kapp & Martin, LLC
2020 Carey Ave, Ste 301
P.O. Box 328
Cheyenne, WY 82001
 (307) 632-6421 (office)
(307) 432-6107 (direct)
(307) 632-7216 (fax)
jfrance@spkm.org
*Attorney for Defendant Society of Our Lady of the Most Holy Trinity*

MaKenna Stoakes *(Pro Hac Vice)*
Patrick J. Sodoro *(Pro Hac Vice)*
Alexis S. Mullaney *(Pro Hac Vice)*
Sodoro Law Group, LLC
13924 Gold Circle
(402) 504-9346
Omaha, NE 68144
mstoakes@smllawoffice.com
psodoro@smllawoffice.com
amullaney@smllawoffice.com
*Attorneys for Defendant Society of Our Lady of the Most Holy Trinity*

5

**CERTIFICATE OF SERVICE**

      I certify that on this 27th day of December 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to all attorneys of record.

                                                */s/ Linda S. Montoya*
                                                For Gordon Rees Scully Mansukhani, LLP