Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
Fax:  (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
*Pro Hac Vice Pending*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Frank L. Watson, III (TN Bar #015073)
*Pro Hac Vice Pending*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS

___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

___

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH,** **ANDREW SCAVUZZO,** and **EHAN JELINEK** on behalf of themselves and all similarly situated persons, | ) ) ) ) |
| PLAINTIFFS, | ) |
| v. | ) **Case No. 20-CV-215-S** |
| | ) |
| **TRINITY TEEN SOLUTIONS, INC.,** a Wyoming | ) |

| | |
|---|---|
| corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **GERALD E. SCHNEIDER**; **MICHAELEEN P. SCHNEIDER**; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **MATHEW SCHNEIDER**; **MARK SCHNEIDER**; **KARA WOODWARD**; **KYLE WOODWARD**; **THOMAS GEORGE; DALLY-UP, LLC**, a Wyoming limited liability corporation;; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation | ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

## STATEMENT OF NON-OPPOSITION TO DEFENDANTS' JOINT UNOPPOSED MOTION TO SEVER (ECF 169)

Pursuant to Local Rule 7.1, notice is hereby given by and through Plaintiffs Carlie Sherman**,** Anna Gozun**,** Amanda Nash, Andrew Scavuzzo**,** and Ehan Jelinek's ("Plaintiffs") counsel of record, that Plaintiffs do not oppose Defendants' *Joint Motion to Sever* (ECF No. 169).

RESPECTFULLY SUBMITTED this 11th day of January 2022.

[SIGNATURE BLOCK ON NEXT PAGE]

/s/*Brice M. Timmons*
Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
Admitted Pro Hac Vice
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com


Frank L. Watson, III (TN Bar #015073)
*Pro Hac Vice Pending*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS

**CERTIFICATE OF SERVICE**

      I hereby certify that on Tuesday, January 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to each of the following counsel of record in this case:

Monty L. Barnett, WSB #6-2694
Rachel E. Ryckman, WSB #7-4656
Keith Olivera CO Bar #24437 (*Pro Hac Vice*)
John C. Matthews (*Pro Hac Vice*)
White & Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Ste. 600N
Denver, CO 80202
(303) 296-2828
mbarnett@wsteele.com
rrychman@wsteele.com
kolivera@wsteele.com
jmatthews@wsteele.com
*ATTORNEYS FOR DEFENDANTS TRIANGLE CROSS RANCH, LLC, GERALD E. SCHNEIDER, MATHEW SCHNEIDER, MARK SCHNEIDER, AND THOMAS GEORGE*

Thomas Quinn, WSB #5-2630
Lillian Alves, CO Bar #37083
Lindsay Romano, CA BAR #0069838
555 Seventeenth Street, Suite 3400
Denver, CO 80202
(303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com
*ATTORNEYS FOR DEFENDANTS TRINITY TEEN SOLUTIONS, LLC, ANGELA WOODWARD, JERRRY WOODWARD, KARAWOOWARD, KYLE WOODWARD, AND DALLY UP, LLC*

Jane M. France, #7-4828
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue
P.O. Box 328
Cheyenne, WY 82001
(307) 632-6421
Fax: (307) 632-7216
jfrance@spkm.org

Patrick J. Sodoro, NEB. Bar # 23684 (*Pro Hac Vice*)
MaKenna J. Stoakes, NEB. Bar # 25915 (*Pro Hac Vice*)
Alexis S. Mullaney NEB. Bar #25908 (*Pro Hac Vice*)
Sodoro + Mooney + Lenaghan
13924 Gold Circle
Omaha, Nebraska 68114
(402) 504-9346
Fax: (402) 932-1662
psodoro@smllawoffice.com
mstoakes@smllawoffice.com
amullaney@smllawoffice.com
*ATTORNEYS FOR DEFENDANT SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY*

                                                    */s/Brice M. Timmons*