L. ROBERT MURRAY
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2124
jasmine.peters@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CARLIE SHERMAN, et al., | |
| Plaintiffs, | |
| v. | Civil No. 0:20-CV-215-SWS |
| TRINITY TEEN SOLUTIONS, INC., et al., | |
| Defendants. | |

**DECLARATION OF KRISTINA A. WOLFE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION AS COUNSEL FOR THE UNITED STATES**

I, Kristina A. Wolfe, hereby declare as follows:

1. I am a Senior Trial Counsel with the United States Department of Justice, Civil Division, Federal Programs Branch.

2. My office mailing address is P.O. Box 883, Ben Franklin Station, Washington, D.C. 20044. The address for overnight deliveries is 1100 L Street, N.W., Washington, D.C. 20005. My telephone number is (202) 353-4519 and my email address is Kristina.Wolfe@usdoj.gov.

3. I have been admitted to practice law in the Commonwealth of Virginia since 2005.

4. I am not admitted to practice law in the State of Wyoming.

5. I am in good standing in the jurisdictions where I have been admitted, and no disciplinary or grievance proceedings have been filed or are pending against me.

6. I agree to comply with the Local Rules of the United States District Court for the District of Wyoming and understand that I am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising from these proceedings.

7. I understand that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of March 2022.

/s/ Kristina A. Wolfe
KRISTINA A. WOLFE
(VA Bar. No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-4519
E-mail: Kristina.Wolfe@usdoj.gov