FILED

10:48 am, 3/9/22

**Margaret Botkins
Clerk of Court**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| Carlie Sherman, et al., | ) | |
| *on behalf of herself and all similarly situated persons* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 20-cv-00215-SWS |
| | ) | |
| **Trinity Teen Solutions Inc et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF KRISTINA A. WOLFE AS COUNSEL FOR INTERESTED PARTY, UNITED STATES OF AMERICA

_____

**THIS MATTER** having come before the Court upon the motion of counsel for the United States of America pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Kristina A. Wolfe as Pro Hac Vice counsel in the District of Wyoming.  The Court reviewed this matter and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Kristina A. Wolfe is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 9th day of March, 2022.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE