L. ROBERT MURRAY
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2124
jasmine.peters@usdoj.gov

KRISTINA A. WOLFE, VA Bar # 71570
Senior Trial Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-4519
Email: Kristina.Wolfe@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CHARLIE SHERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY TEEN SOLUTIONS, et al., <br><br> Defendants. | Civil No. 0:20-CV-00215-SWS |

**ENTRY OF APPEARANCE—KRISTINA A. WOLFE (*PRO HAC VICE*)**

Kristina A. Wolfe, Senior Trial Counsel, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance on behalf of Interested Party United States of America.

Dated this 9th day of March 2022.

                         L. ROBERT MURRAY
                         Acting United States Attorney

By:   */s/ Jasmine M. Peters*
       JASMINE M. PETERS
       Assistant United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE, VA Bar # 71570
Senior Trial Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-4519
Email: Kristina.Wolfe@usdoj.gov
*Attorneys for the United States*