Thomas Quinn (WY: #5-2630)
Lillian L. Alves (*Pro Hac Vice*)
Lindsey M. Romano (*Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN** and; **AMANDA NASH**, on behalf of themselves and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **ANGELA C. WOODWARD; JERRY D. WOODWARD; KARA WOODWARD; KYLE WOODWARD;** and **DALLY-UP, LLC,** a Wyoming limited liability company;<br><br>Defendants. | Civil Doc. No. 20-CV-215-SWS |

## NOTICE OF DEPOSITION OF CARLIE SHERMAN

Defendants Trinity Teen Solutions, Inc., Angela C. Woodward, Jerry D. Woodward, Kara Woodward, Kyle Woodward and Dally-Up, LLC., by and through their counsel, Gordon Rees Scully Mansukhani, LLP, hereby give notice pursuant to Fed. R. Civ. P. 30 that they will take the deposition of Carlie Sherman.  The deposition will be a total of no more than eight (8) hours via

Exhibit A - Corrected

Zoom teleconference, commencing at 9 a.m. MDT on July 15, 2022, and may recommence on July 16, 2022, at 9 a.m. MDT if not completed the day before. The deposition will be taken upon oral examination before a certified court reporter lawfully authorized to administer oaths and take deposition testimony. Defendants will videotape the deposition for use as evidence in this action, at the trial for this matter, or for such other purposes as are permitted.

PLEASE TAKE FURTHER NOTICE that because this deposition will be conducted remotely, using audio-visual technology:

1. The court reporter will report the deposition from a location separate from the witness;
2. Counsel for the parties and their clients will be participating from various, separate locations;
3. The court reporter will administer the oath to the witness remotely;
4. The witness will be required to provide government-issued photo identification satisfactory to the court reporter, and the identification must be legible on camera;
5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;
6. All exhibits will be provided simultaneously and electronically to the witness and all participants;
7. The court reporter stenographer, notary public or other person lawfully authorized to administer oaths and take deposition testimony will record the testimony pursuant to Fed. R. Civ. P. 30(b)(3).;
8. The audio-visual recording may be used at the trial, pursuant to Fed. R. Civ. P. 32(a).;
9. The deposition will be recorded electronically;
10. All participants in the deposition will be asked to agree at the start of the deposition

that the deponent and the deponent's counsel will not communicate via text message, email or other means while on the record;

11. Deponent or deponent's counsel shall contact or be contacted prior to the deposition so that the necessary credentials, call-in numbers, firm name, email address, services, testing and information, if necessary, can be arranged and provided to deponent and deponent's counsel prior to the deposition. Deponent will be expected to have become familiar with the electronic platform utilized for the deposition prior to the deposition; and

12. Counsel for all parties will be required to stipulate on the record:
    a. Their consent to this manner of deposition; and
    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility of this testimony at any hearing in or the trial of this cause based on the manner of the deposition.

Respectfully submitted May 4, 2022.

/s/ Thomas B. Quinn
Thomas Quinn (WY: #5-2630)
Lillian L. Alves (Pro Hac Vice)
Lindsey M. Romano (Pro Hac Vice)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

*Attorneys for Defendants Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 4th day of May, 2022, a true copy of the above and foregoing **NOTICE OF DEPOSITION OF CARLIE SHERMAN** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record:

Michael Rosenthal
Nathan Nicholas
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons
Bryce Ashby, *(Pro Hac Vice)*
Craig Edgington, *(Pro Hac Vice)*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004
brice@donatilaw.com
bryce@donatilaw.com
craig_edgington@yahoo.com

Frank L. Watson, III, *(Pro Hac Vice)*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38103
(901) 529-7996
fwatson@watsonburns.com
*Attorneys for Plaintiffs*

                                          */s/ Fran Aragon Eaves*

                                          GORDON REES SCULLY MANSUKHANI, LLP

Exhibit A - Corrected