Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
Fax:  (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500 Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996 Fax: (901) 529-7998
fwatson@watsonburns.com
ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN,** and **AMANDA NASH**, on behalf of themselves and all similarly situated persons,<br><br>PLAINTIFFS,<br>v.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD**; and **DALLY-UP, LLC**, a Wyoming limited liability corporation;<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. 2:20-CV-215-SWS** |

**PLAINTIFFS' NOTICE OF SERVICE OF INTERROGATORY RESPONSES FROM
CARLIE SHERMAN, ANNA GOZUN, AND AMANDA NASH UPON
COUNSEL FOR DEFENDANTS**

Come now Plaintiffs, Carlie Sherman, Anna Gozun, Amanda Nash, (hereinafter collectively "Plaintiffs") and give notice of service of Plaintiffs', Carlie Sherman, Anna Gozun, and Amanda Nash's *Responses to Defendants, Trinity Teen Solutions, Inc.'s, Angela Woodward's, Jerry Woodward's Kyle Woodward's, Kara Woodward's and Dally-Up, LLC's Interrogatories* to Plaintiffs upon counsel for Defendants.

Respectfully submitted this 6th day of May 2022.

By: */s/Craig A. Edgington*
Craig Edgington (TN Bar #038205)
Bryce Ashby (TN Bar #026179)
Brice M. Timmons (TN Bar #29582)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
Fax:  (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com


Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS AND
PUTATIVE CLASS MEMBERS

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that on the 6th day of May 2022, a true and correct copy of the foregoing was served upon counsel as follows:

Thomas Quinn                                 [ x ]  CM/ECF
Lillian L. Alves                                 [  ]  U.S. Mail
GORDON REES SCULLY MANSUKHANI, LLP     [  ]  Fax:  (303) 534-5161
555 Seventeenth Street, Suite 3400             [  ]  E-mail:  tquinn@grsm.com
Denver, CO  80202                               lalves@grsm.com

Lindsey M. Romano                            [ x ]  CM/ECF
Gordon Rees Scully Mansukhani, LLP          [  ]  U.S. Mail
275 Battery Street, Suite 200                  [  ]  Fax:
San Francisco, CA  94111                [  ]  E-mail:  lromano@grsm.com
Phone:  415-986-5900
lromano@grsm.com

                                              */s/ Craig A. Edgington*