Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
Fax:  (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com

Brice M. Timmons (TN Bar #29582)
Bryce Ashby (TN Bar #026179)
Craig Edgington (TN Bar #038205)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500 Fax: (901) 278-3111
brice@donatilaw.com
bryce@donatilaw.com
craig@donatilaw.com

Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996 Fax: (901) 529-7998
fwatson@watsonburns.com
ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN,** and **AMANDA NASH**, on behalf of themselves and all similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD**; and **DALLY-UP, LLC**, a Wyoming limited liability corporation;<br><br>DEFENDANTS. | **Case No. 2:20-CV-215-SWS** |

### NOTICE TO TAKE THE DEPOSITION OF ANGIE WOODWARD

TO: Angie Woodward
c/o Lillian L. Alves
Thomas Quinn
Lindsey M. Romano
555 Seventeenth Street
Suite 3400
Denver, CO 80202

PLEASE TAKE NOTICE, that Plaintiffs, Carlie Sherman, Anna Gozun, and Amanda Nash, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby files this notice of Deposition of Defendant, Angie Woodward, <u>via teleconference</u>[1], commencing on **Thursday, June 16, 2022, beginning at 10:00 a.m.** *CST*, Central Standard Time, and continuing thereafter from hour to hour and day to day until complete.

The deposition will be taken on behalf of Plaintiffs for the purpose of discovery, use as evidence, preservation of testimony, and all other purposes authorized by law and will be recorded by a certified court reporter, through Zoom, who will record the deposition by means of stenograph and/or audio recordings. The deposition may also be recorded by video or other visual and electronic means. A representative from the court reporting agency will contact all attorneys that are parties to this action to provide the Zoom invite prior to the date of the deposition.

*/s/Craig A. Edgington*
Craig A. Edgington (TN#38205)
Brice M. Timmons (TN#29582)
DONATI LAW, PLLC
1545 Union Avenue; Memphis, TN  38104
(901) 278-1004 - phone
(901) 278-3111 - fax
craig@donatilaw.com
brice@donatilaw.com

---

[1] "Teleconference" is defined to mean any means of taking the deposition that utilizes telecommunications technology including, but not limited to, telephone, videoconference, Voice Over Internet Protocol audio. The specific details of the method shall be provided either by the attorney noticing this deposition or by the entity providing the teleconference service. The method of taking the deposition shall govern the manner in which exhibits shall be presented to the deponent, but the deponent should be prepared to have access to a computer with a high-speed internet connection, video capability, Adobe Flash, and a Google Chrome browser. As of the date of this Notice, the attorney giving notice of the deposition intends to utilize Zoom as the specific mechanism to take the deposition. In the event that this is not feasible for the deponent, deponent should contact the attorney giving notice of this deposition as soon as practicable to make alternative arrangements.

Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
Fax: (307) 634-0985
mike@hkwyolaw.com
nnicholas@hkwyolaw.com


Frank L. Watson, III (TN Bar #015073)
*Admitted Pro Hac Vice*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

ATTORNEYS FOR PLAINTIFFS AND
PUTATIVE CLASS MEMBERS


**CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the above and foregoing document has been served with the Court's ECF filing system, and via e-transmission to all parties this the 16th day of May 2022.

| | |
|---|---|
| Thomas Quinn<br>Lillian L. Alves<br>GORDON REES SCULLY MANSUKHANI, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202 | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax: (303) 534-5161<br>[ ] E-mail: tquinn@grsm.com<br>lalves@grsm.com |
| Lindsey M. Romano<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 200<br>San Francisco, CA 94111<br>Phone: 415-986-5900<br>lromano@grsm.com | [ x ] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fax:<br>[ ] E-mail: lromano@grsm.com |

*/s/Craig A. Edgington*