

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, AND AMANDA NASH, on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; ANGELA C. WOODWARD; JERRY D. WOODWARD; KARA WOODWARD; KYLE WOODWARD; and DALLY-UP, LLC, a Wyoming limited liability corporation,<br><br>Defendants. | Case No.  20-CV-215-S |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S UNOPPOSED MOTION TO SEAL TTS DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND GRANTING TTS DEFENDANTS' LEAVE TO FILE AN AMENDED PLEADING [227]**

This matter is before the Court on Plaintiff's unopposed Motion to Seal Defendants Trinity Teen Solutions (TTS), Angela Woodward, Kara Woodward, Kyle Woodward, and Dally Up, LLCs' ("TTS Defendants") Opposition to Motion for Class Certification (ECF No. 224) and to Grant TTS Defendants Leave to File an Amended Pleading or in the Alternative to Strike Certain Portions Thereof. [ECF No. 227]. In their Opposition to Motion for Class Certification (the "Opposition"), Defendants relied upon certain sensitive

and private information. After conferral, the parties agreed it would be sufficient to place the Opposition under seal but to permit TTS Defendants to file a brief for the public record that does not contain the relevant sensitive information. The present Motion requests the Opposition be placed under seal and Defendants be granted leave to file an amended Opposition excluding the information at issue.

Having carefully considered the Motion, and being fully advised, the Court denies Plaintiffs' request to place the current version of the Opposition under seal. However, it shall be designated as a "non-public" filing. TTS Defendants are also granted leave to file an amended pleading without reference to the information at issue.

NOW, THEREFORE, IT IS ORDERED Plaintiff's Motion to TTS Defendants Opposition to Motion for Class Certification and to Grant TTS Defendants' Leave to File an Amended Pleading or in the Alternative to Strike Certain Portions Thereof [ECF No. 227] is GRANTED in part and DENIED in part.

Dated this 31st day of August, 2022.

_____
Kelly H. Rankin
United States Magistrate Judge