IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN**, and **AMANDA NASH**; on behalf of themselves and all similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **ANGELA C. WOODWARD; JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD; and DALLY-UP, LLC,**<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Doc. No. 20-CV-215-SWS<br>)<br>)<br>)<br>) |

## JOINT ADR REPORT

Plaintiffs Carlie Sherman, Anna Gozun, and Amanda Nash and Defendants Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC (TTS, the Woodwards, and Dally-Up, LLC), through undersigned counsel, respectfully submit ADR report pursuant to the Initial Pretrial Order [D.E. 179] as amended on August 31, 2022 [D.E. 228].

　　　1.　　　The parties participated in mediation on September 7, 2022 and September 22, 2022 before the Honorable Judge William Downes of JAMS.

　　　2.　　　The mediation was not successful.

Respectfully submitted this 29th day of September 2022.

/s/ *Thomas B. Quinn*
/s/ *Lillian Alves*
/s/ *Lindsey Romano*
Thomas Quinn (WY: #5-2630)
Lillian L. Alves (Pro Hac Vice)
Lindsey M. Romano (Pro Hac Vice)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

***Attorneys for Defendants Trinity Teen Solutions,
Angela Woodward, Jerry Woodward, Kyle
Woodward, Kara Woodward, and Dally-Up, LLC***

/s/ *Craig Edgington*
Craig Edgington (*Pro Hac Vice*)
Admitted Pro Hac Vice
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
Fax: (901) 278-3111
craig@donatilaw.com

***Attorney for Plaintiffs and Putative Class
Members***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of September, 2022, a true and correct image of the foregoing was electronically filed with the Clerk of the United States District Court via CM/ECF and served to all attorneys of record.

*/s/ Fran Aragon Eaves*
For Gordon Rees Scully Mansukhani, LLP