# KAREN V. FUKUTAKI, MD
DIPLOMATE, AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
WITH ADDED QUALIFICATIONS IN FORENSIC PSYCHIATRY

**CASES IN WHICH EXPERT WITNESS TESTIMONY WAS PROVIDED**:

| Date | Case # | Case Name | Court | Client |
|---|---|---|---|---|
| 1/4/18 | 16CR3468 | | Jefferson County District Court, Colorado | Marcus Walker |
| 1/24/18 | 2016CR000728 | The People of the State of Colorado v. Whitaker | Pueblo County District Court, Colorado | Shaun Whitaker |
| 3/2/18 | 2008CR000496 | The People of the State of Colorado v. McDermed | Adams County District Court, Colorado | Lance McDermed |
| 3/15/18 | 2011CR000003 | The People of the State of Colorado v. Yager, Nathan Jude | Delta County District Court, Colorado | Nathan Yager |
| 5/3/18 | 2016CR002569 | The People of the State of Colorado v. Tatti, Matthew Joel | Larimer County District Court, Colorado | Matthew Tatti |
| 5/4/18 | 2016CR004189 | The People of the State of Colorado v. Lechman, Jonathan J | Denver County District Court, Colorado | Jonathan Lechman |
| 6/8/18 | 1:18-cr-00027 | USA v. Seaton | US District Court, D. Colorado | Michael Seaton |
| 6/25/18 & 8/9/18 | 2017CR001189 | The People of the State of Colorado v. Qualls | Boulder District Court, Colorado | Germal Qualls |
| 12/5/18 | 2014CR000035 | The People of the State of Colorado v. Silcox, Troy Clark | Baca County District Court, Colorado | Troy Silcox |
| 2/14/19 | 2017CR006041 | The People of the State of Colorado v. Nicholas, Aric A | Denver County District Court, Colorado | Aric Nicholas |
| 8/22/2019 | 18-cr-00043-WYD | USA v. Goolsby | US District Court, D. Colorado | Samuel Goolsby |
| 9/6/19 | 2007CR004062 | The People of the State of Colorado v. Smith, Charles Alston | Denver County District Court, Colorado | Charles Smith |

| Date | Case Number | Case Name | Court | Name |
|---|---|---|---|---|
| 9/27/19 | 2017CR009028 | The People of the State of Colorado v. Jefferson, Shamil J | Denver County District Court, Colorado | Shamil Jefferson |
| 7/13/2020 | 2018CR000050 | The People of the State of Colorado v. Joergensen, Jesper | Costilla County District Court, Colorado | Jesper Joergensen |
| 11/9/2020 | 2020CR001161 2020CR001394 | The People of the State of Colorado v. Mooney, Amanda Jade | Boulder County District Court, Colorado | Amanda Mooney |
| 6/23/2021 | 2018CR000820 | The People of the State of Colorado v. Sanders, Travon Jamir | Arapahoe County District Court, Colorado | Travon Sanders |
| 9/1/2021 | 2019CR002042 | The People of the State of Colorado v. Bannan, Justin Lewis | Boulder County District Court, Colorado | Justin Bannan |
| 11/17/2021 | 21MH284 | | Pueblo County District Court, Colorado | Jesper Joergensen |
| 5/4/2022 | 2012CR002354 | The People of the State of Colorado v. Maher, Christopher John | Arapahoe County District Court, Colorado | Christopher Maher |