IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, and AMANDA NASH, on behalf of themselves and all similarly situated persons, | ) ) ) ) )   Case No. 20-CV-00215-SWS |
| PLAINTIFFS, | ) ) )   CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING |
| v. | ) ) )   VICTIMS PROTECTION REAUTHORIZATION ACT, 18 U.S.C. § 1595, FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, 18 U.S.C. § 1964, AND WYOMING COMMON LAW |
| TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD**; and **DALLY-UP, LLC**, a Wyoming limited liability corporation, | ) ) ) ) ) ) ) )   JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b) |
| DEFENDANTS. | ) |

**PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs makes the following additional disclosures to Defendants:

  **(i)**    **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

| Name | Address & Phone | Subject of Discoverable Information |
|---|---|---|
| Sara Boyd, Ph.D. Licensed Clinical Psychologist | May be contacted through Plaintiff | Dr. Boyd is Plaintiffs' expert witness. She is a Licensed Clinical Psychologist/Forensic Evaluator. She has conducted and will continue to conduct evaluations of the named Plaintiffs and putative class members. Detailed reports of her findings will be provided at the appropriate expert witness disclosure deadlines. |
| Michelle Jerde | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Claire Malone Matson | Address unknown, 305-877-0340 | Individual will have general and specific information as to the facts of the case. |
| Jessica Hollett | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Rebecca Seghers | Address unknown, 805-328-1263 | Individual will have general and specific information as to the facts of the case. |
| Ali Barton | Address unknown, 702-569-7162 | Individual will have general and specific information as to the facts of the case. |
| Ana-Leigh Avery | Address unknown, 406-381-6741 | Individual will have general and specific information as to the facts of the case. |
| Carly Niklas | Address unknown, 517-894-3140 | Individual will have general and specific information as to the facts of the case. |
| Megan Whitehouse | Address unknown, 432-236-1742 | Individual will have general and specific information as to the facts of the case. |
| Gabrielle Carbee | Address unknown, 603-717-2014 | Individual will have general and specific information as to the facts of the case. |
| Shelby Bolders | Address unknown, 720-371-4629 | Individual will have general and specific information as to the facts of the case. |
| Abby Meehan | Address unknown, 414-499-7990 | Individual will have general and specific information as to the facts of the case. |
| Dennett Beaulieu | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Kayla Fritzler | Address unknown, 308-629-8189 | Individual will have general and specific information as to the facts of the case. |
| Mary Manning | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Emily (Ellie) Cassidy | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| April Durant | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Chanel Plander | Address unknown, 895-639-9140 | Individual will have general and specific information as to the facts of the case. |
| Bridget McGhee Hazelrig | Address unknown, 205-616-6586 | Individual will have general and specific information as to the facts of the case. |

| | | |
|---|---|---|
| Carolyn Woods | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Christina Navarez | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Class Members | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Kaija Herren | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Kristin Rafferty | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Laura McGetrick | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Ariana DiTrolio | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Sophia Boutrous | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Emily Barr | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kelsey Wade | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kelsie VanMeveren | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kaitlyn Dahone | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Melanie Malisha | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Hannah Lutz | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Sami Rydzik | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Mollie Jelinek | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Aubrie Bak-Jenson | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Samantha Salcido | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Hailey Seigel | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Stephanie Bolton | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kaylynn Rohde (Mary) | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Mallory Thrailkill | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |

| | | |
|---|---|---|
| Brie Healy | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Alex Graig-Tiso | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Victoria Coyne | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Bianca Rodriguez | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Jessie Newton | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Maggie Higgins | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Elizabeth Mahdavi | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Clarice Steg | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Genevieve Wilson | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Tamina Yousef | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Carrie Brocket | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Tarah Blakeslee | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Shelbea Lane | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Courtney Livermore | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Cassie Dzeda | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Sydney Vespa | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Lizzie Hollmann | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Celine Bogner | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Shanice Conklin | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kaylee Barth | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Alyssa Jalomo | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Aerial Roby | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |

| | | |
|---|---|---|
| Keila Koellner | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Angelica Maria | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Simone Horsley | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Elena Bock | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kaylee Baumbusch (Kaylee Barth) | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Adelina Hargins | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kyrie O'Donnel | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Stephanie Rivera | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Thalia De Kay | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Jacie Lester | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Charity Seitz | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Lauryn Fugate | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Alexis Bartholomew | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Brittany McLean | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Olivia Finklestein | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Addison Saxton | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Julie Arhelger | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Eve Martinez | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Grace Elizabeth Lovering | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Gabrielle McGarraugh | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Minor P.W. | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Alexandria Spiller | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |

| | | |
|---|---|---|
| Genevieve Anria | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Bella Jensen | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Claire Suddreth | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Avy Chavarria | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Adrianna Talento | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Chloe Haas | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Christine Moss | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Erin Lee | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Emily Brown | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Taybre Conrad | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Annie Denvir | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Brooke Arnold | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Sofi Humphrey | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Jessica Analee Sadberry | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Lauren "Nora" Budke | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Hayden Smith | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Jasmine Augustine | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Naomi Ruth Ann | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Maycie "May" Moss | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Aliya Fabello | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Minor H.C. | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Kaitlyn Tolliver | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |

| | | |
|---|---|---|
| Minor B.K. | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Minor S.P. | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Libby Bradley | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Alana George | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Violette Grant | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Brittney Swan | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Tattianna Ulrich | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Breezy Stirling | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Harley Olson | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Jessica Lancaster | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Shaley Hadrava | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Carrie Provencher | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Sydney Cimino | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Shyanne Williamson | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| Virginia Herzog | May be contacted through Plaintiff | Class member will have general and specific information as to the facts of the case. |
| **Staff or former staff of TTS** | | |
| Sarah Ward | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Janine Hair | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Hope Blinne | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Aleshia Renkemeyer | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Liz Meehan | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Kristen Tichener Dorth | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |

| | | |
|---|---|---|
| Amanda Byers | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Samantha Hill (Heubsch) | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Caty Tanaka | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Talina Hinerman | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Marie Shelli Gasparro | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Katie Iverson | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Becca Floyd | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Tracie Moren | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Angela Jay | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Carly Skripak | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Janet Carrol | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Erin Elston | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Dani Shuemer | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Bryan Willoughby | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Nathalie Marie | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Nicole Boner | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Katrina Fuhrman | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Michelle (Shel) Wilson | Address and phone no. unknown | Individual will have general and specific information as to the facts of the case. |
| Jenna Neven (formerly Miller) | Address unknown, 802-345-0585 | Individual will have general and specific information as to the facts of the case. |
| Emily Blair | Address Unknown, 307-272-9018 | Individual will have general and specific information as to the facts of the case. |

Again, Plaintiffs and class members identify any other class members not hereto identified. Plaintiffs and class members further identify any nurses and/or healthcare providers,

8

both known and unknown, that provided treatment to Plaintiffs or class members while they were located at the ranch in Wyoming and subsequent to their release from the ranch

Additionally, Plaintiffs and class members identify any employees of the ranch not hereto identified that supervised Plaintiffs or class members during the relevant time periods.

Furthermore, Plaintiffs and class members identify any individual previously identified in initial disclosures from either Plaintiffs or Defendants.

**(ii)    A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

Plaintiffs identify the following documents, electronically stored information, and tangible things in their possession, custody or control and may use them to support their claims:

1. Dr. Sara Boyd's 2020 CV.
2. Dr. Sara Boyd's 2020 Fee Schedule

Plaintiffs aver that Dr. Boyd's 2022 CV and Fee Schedule shall be provided to Defendants along with her expert disclosures.

[Signature on following page]

9

Respectfully submitted,

/s/ *Craig A. Edgington*
Craig A. Edgington (#38205)
Brice M. Timmons (#29582)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN  38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
craig@donatilaw.com
brice@donatilaw.com

Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
Fax:  (307) 634-0985
mrosenthal@hkwyolaw.com
nnicholas@hkwyolaw.com

Frank L. Watson, III (TN Bar #015073)
*Pro Hac Vice Pending*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN  38104
(901) 529-7996
Fax: (901) 529-7998
fwatson@watsonburns.com

*ATTORNEYS FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS*

10

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2022, I electronically transmitted the foregoing supplemental disclosures and identified documents to each of the following counsel of record in this case:

Thomas Quinn, WSB #5-2630
Lillian Alves, CO Bar #37083
Lindsay Romano, CA BAR #0069838
555 Seventeenth Street, Suite 3400
Denver, CO 80202
(303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com
*ATTORNEYS FOR DEFENDANTS TRINITY TEEN SOLUTIONS, LLC, ANGELA WOODWARD, JERRRY WOODWARD, KARAWOOWARD, KYLE WOODWARD, AND DALLY UP, LLC*

                                                  /s/ *Craig A. Edgington*