NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN et al., | |
| Plaintiffs, | |
| v. | Case No. 2:20-CV-215-SWS |
| TRINITY TEEN SOLUTIONS, INC. et al., | |
| Defendants. | |

### MOTION FOR *PRO HAC VICE* ADMISSION OF ROBERT W. MEYER AS COUNSEL FOR THE UNITED STATES

The undersigned attorney, Jasmine M. Peters, an Assistant United States Attorney for the District of Wyoming, hereby moves this Court, pursuant to Local Rule 84.2(b) and (d), for an Order admitting Robert W. Meyer (Trial Attorney, United States Department of Justice, Civil Division, Federal Programs Branch) to appear and participate as an attorney for the United States in the above-captioned action.

In support of this motion, counsel submits the attached copy of the original declaration of Robert W. Meyer, executed on April 10, 2024, which reflects that he is admitted to practice before the highest court in the State of New York.

The contact information for Robert W. Meyer is as follows:

ROBERT W. MEYER
(NY Bar No. 5942842)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 305-0872
E-mail:  Robert.w.meyer@usdoj.gov

The undersigned Assistant United States Attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and, to the best of her knowledge and belief, vouches for Robert W. Meyer's good moral character and veracity.

WHEREFORE, the undersigned respectfully requests that this Motion for admission *pro hac vice* be granted.

Dated this 11th day of April 2024.

>                             Respectfully submitted,
>
>                             NICHOLAS VASSALLO
>                             United States Attorney
>
> By:     */s/ Jasmine M. Peters*
>                             JASMINE M. PETERS
>                             Assistant United States Attorney