NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY TEEN SOLUTIONS, INC. et al., <br><br> Defendants. | Case No. 2:20-CV-215-SWS |

**DECLARATION OF ROBERT W. MEYER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION AS COUNSEL FOR THE UNITED STATES**

I, Robert W. Meyer, hereby declare as follows:

1. I am a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch.

2. My office mailing address is 1100 L Street, N.W., Washington, D.C. 20005. My telephone number is (202) 305-0872 and my email address is Robert.w.meyer@usdoj.gov.

3. I have been admitted to practice law in the State of New York since 2022.

4. I am not admitted to practice law in the State of Wyoming.

5. I am in good standing in the jurisdictions where I have been admitted, and no disciplinary or grievance proceedings have been filed or are pending against me.

6. I agree to comply with the Local Rules of the United States District Court for the District of Wyoming and understand that I am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising from these proceedings.

7. I understand that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of April 2024.

*s/ Robert W Meyer*
ROBERT W. MEYER
(NY Bar No. 5942842)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 305-0872
E-mail:  Robert.w.meyer@usdoj.gov