Craig A. Edgington (TN Bar #36205)
Brice M. Timmons (TN Bar #29582)
Bryce W. Ashby (TN Bar #26179)
Melissa J. Stewart (TN Bar #40638)
1545 Union Ave.
Memphis, TN 38103
(901) 278-1004 – Phone
(901) 278-3111 – Facsimile
craig@donatilaw.com
brice@donatilaw.com
bryce@donatilaw.com
melissa@donatilaw.com

Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB #7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
Phone: (307) 634-7723
Fax:  (307) 634-0985
mrosenthal@hkwyolaw.com
nnicholas@hkwyolaw.com

Frank L. Watson, III, *(Pro Hac Vice*)
William E. Routt, III, *(Pro Hac Vice)*
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38103
(901) 529-7996
fwatson@watsonburns.com
wroutt@watsonburns.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN**; and **AMANDA NASH** on behalf of themselves and all similarly situated persons,<br><br>              Plaintiffs,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **ANGELA C.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| **WOODWARD**; **JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD**; and **DALLY-UP, LLC**, a Wyoming limited liability corporation,<br><br>Defendants. | )<br>)  Civil Doc. No. 2:20-cv-215-SWS<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF COUNSEL – BRICE M. TIMMONS

**COMES NOW** Brice M. Timmons ("Mr. Timmons"), attorney for Plaintiffs, Carlie Sherman, Anna Gozun, and Amanda Nash, ("Plaintiffs" and/or "Class Members"), and pursuant to L.R. 84.3(c), and hereby files his Notice of Withdrawal of Counsel for Plaintiffs.

This Notice confirms written and informed consent of all three (3) Class Members, Carlie Sherman, Anna Gozun, and Amanda Nash of Mr. Timmons' withdrawal.

It is anticipated that Mr. Timmons will be departing the law firm of Donati Law, PLLC, on or before July 1, 2024. This matter will be staying at Donati Law, PLLC, following Mr. Timmons' departure.

The remaining counsel who will continue to represent the Plaintiffs/Class Members are as follows: Craig A. Edgington, Bryce W. Ashby, and Melissa J. Stewart, of Donati Law, PLLC, located at 1545 Union Ave., Memphis, TN 38104; Michael Rosenthal, and Nathan Nicholas, of Hathaway & Kunz, LLP, P.O. Box 1208; Cheyenne, WY 82003-1208; and Frank L. Watson, III, and William E. Routt, III, of Watson Burns, PLLC, 253 Adams Ave., Memphis, TN 38103, all of whom have been appointed as class counsel by this Court. (ECF No. 286, p. 31). As such, Plaintiffs and the putative class will all remain represented by adequate counsel in this matter.

Respectfully submitted,

By: /s/ Brice M. Timmons
    Brice M. Timmons (TN Bar #29582)
    Craig Edgington (TN Bar #038205)
    Bryce Ashby (TN Bar #026179)
    Melissa J. Stewart (TN Bar #40638)
    *Admitted Pro Hac Vice*
    Donati Law, PLLC
    1545 Union Ave.
    Memphis, TN  38104
    (901) 209-5500
    Fax: (901) 278-3111
    brice@donatilaw.com
    craig@donatilaw.com
    bryce@donatilaw.com
    melissa@donatilaw.com

    Michael Rosenthal, WSB #5-2099
    Nathan Nicholas, WSB #7-5078
    Hathaway & Kunz, LLP
    P.O. Box 1208
    Cheyenne, WY  82003-1208
    (307) 634-7723
    Fax: (307) 634-0985
    mike@hkwyolaw.com
    nnicholas@hkwyolaw.com

    Frank L. Watson, III (TN Bar #015073)
    William E. Routt, III (TN Bar #028577)
    *Admitted Pro Hac Vice*
    Watson Burns, PLLC
    253 Adams Avenue
    Memphis, TN  38104
    (901) 529-7996
    Fax: (901) 529-7998
    fwatson@watsonburns.com
    wroutt@watsonburns.com

    ATTORNEYS FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS

**CERTIFICATE OF SERVICE**

      A true and correct copy of the above and foregoing document has been served through the Court's ECF filing system on this the 16th day of May 2024 on the following counsel of record as well as via e-mail and USPS to Plaintiff:

Thomas Quinn (WY: #5-2630)
Lillian L. Alves (Pro Hac Vice)
Lindsey M. Romano (Pro Hac Vice)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

                                                */s/ Brice M. Timmons*