UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| CARLIE SHERMAN, ANNA GOZUN, and AMANDA NASH, on behalf of themselves and all similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; ANGELA C. WOODWARD; JEFRRUY D. WOODWARD; KARA WOODWARD, KYLE WOODWARD; and DALLY-UP, LLC, a Wyoming limited liability company,<br><br>DEFENDANTS. | Case No. 2:20-CV-215-SWS |

## DECLARATION OF CLASS NOTICE ADMINISTRATOR CONFIRMING "OPT-OUTS" AND FINAL CLASS MEMBER LIST

I, F. Scott Conaway, being duly sworn, depose and say under oath as follows:

1. My name is F. Scott Conaway, and I am an adult resident and citizen of the State of Tennessee. I am a principal of CMM Settlement Solutions, LLC (hereinafter "CMM"), which was retained by Class Counsel to act as the Notice Administrator to provide notice of the Rule 23 certification of this case. I am

responsible for supervising all class action administration services provided by CMM and I have personal knowledge of the facts set forth herein below.

2. On April 22, 2024, the Court certified this case as a class action and ordered that Notice being given to all Class Members by July 9, 2024. The Court also approved the manner, method and content of the notice. ("Certification Notice")

3. Pursuant to section (e) of the Court's Supplemental Scheduling Order, CMM was directed to provide the Court with the following lists by August 30, 2024:

    a. Class Members whom Notice was Provided;

    b. Class Members who submitted opt-out requests; and

    c. Remaining Class Members.

4. CMM is hereby fullings its duties and responsibilities related to section (e) by this Declaration. Specifically, attached hereto as **Exhibit A** is a list of the 264 Class Members that were sent the Class Notice. Attached hereto as **Exhibit B** is a list of the 2 Class Members to returned a request to be excluded or to "opt-out" of this Class Action. Lastly, attached hereto as **Exhibit C** is the list of the remaining 262 Class Members in this case. Consequently, the names of the only two (2) Class Members that opted out of this case are Madison Meier and Genevieve Newsom.

I, F. Scott Conaway, declare under penalty of perjury that the foregoing is true and correct.

_____
F. Scott Conaway

Executed on ___8/28/24___