**Resident**



Elizabeth Abram
Kaylee Adams
Lainie F Allen
Genevieve (Dworniczak) Anria
Ianna Pierre-Antoine
Julie Arhelger
Brooke Arnold
Jasmine Augustine
Taryn Ayers
Sydney Bailey
Aubrie Bak-Jensen
Emma Bales
Emily Barr
Kaylee Baumbusch (Kaylee Barth)
Alexis Bartholomew
Sarah Beth Caudill
Mia Bitonti
Tarah Blakslee
Isabella Bochantin
Sophia Bochantin
Elana Bock
Celine Bogner
Stephanie Bolton
Ava Bouton
Sophia Boutrous
Dana Bowden
Danika Ingels-Bracciale
Charity (Seitz) Bradley
Libby Bradley
Alissa Brennan
Stephanie Brennan
Brenna Broadbent
Carrie Brockett
Emily Brown
Lauren "Nora" Budke
Haylee Burcham
Lauren Campbell
Joleigh Carroll

Olivia (Finkelstein) Carroll

Gwendolynn Carter

Angelena Chambers

Hannah Chastain

Avy Chavarria

Destiny Claspell

Taybre Conard

Shanice Conklin

Jeneava Cooper

Corrine McFarlane

Victoria Coyne

Haylee Crow

Rebecca Cunningham

Meredith Daniel

Ariel Davis

Andrea Dean

Thalia Dekay

Destiny DeManche

Annie Denvir

Brenna Dillon

Ariana DiTrolio

Nisha Kent-Dobias

Kaitlyn Dohogne

Chasupha Dorsch

Melina Duemling

Cassie Dzeda

Genessa Edwards

Sarah Edwards

Maria Elizabeth

Kendra Elliot

Courtney English

Lexie Evans

Aliya Fabello

Maya Favero

Magdalene Fordyce

Angela Fortune

Rebecca "Tess" Franch

Laken Frison

Lauryn Fugate

Alena Gage

Anabella Gallia

Emma Gantenbein

Charlotte Gjurasic

Avari Gordon

Anna(Alsup) Gozun

Taylor Grant

Emma Greenwald

Mariah Greer

Mary Grosch

Chloe Haas

Audrey Haase

Nikki Haber

Shaley Hadrava

Talaya Hagy

Sarah Halbur

Brooke Hancock

Taylor Haney

Elizabeth Hanson

Adelina Hargens

Brie Healy

Heidy La Rocca

Cierra Herrington

Katie Higdon

Maggie Higgins

Kristina Hill

Heaven Hollingsworth

Lizzie Hollmann

Aubrey Honea

Simone Horsley

Adryaunna Howland

Sofi Humphrey

Trinity Hurst

Marita Iepson

Lyndsey Jacobson

Alyssa Jalomo

Naomi James

Mollie ("Lilly" Lynch) Jelinek

Isabella Jensen

Allison Jones

Emily Jones

Natalie Jones
Dalilah Judy
Hannah Juntunen
Julian Keefe
Paige King
Haley Knauff-Yonce
Evanthea Knecht
Keila Koellner
Jessika (Gonsalves) Kolenda
Anna Krog
Serena Kropp
Bethany Krump
Shelbea (Riddle) Lane
Kelsay Lang
Elizzibeth Lanphear
Jaci Lester
Mikayla Lewis
Courtney Livermore
Sara Canche Lopez
Grace Lorenz
Grace Elizabeth Lovering
Nevaeh Lundberg
Hannah Lutz
Elizabeth (Mahdavi) O'Keefe
Anna Mangio
Lucy Marsh
Alexandra Sasha Martens
Nadia Martinez
Eve Martinz
Madison Matanane
Katerina May
Tatum McCluskey
Maddison McCormick
Gabrielle McGarraugh
Laura McGetrick
Madison Meier
Melanie Melicia
Raleigh Meraz
Kathryn Mitchell
Deyssi Montano

Dakota Moore
Regina Moritz
Christine Moss
Maycie "May" Moss
Alexis Myers
Leah Nagalla
Amanda Nash
Nevaeh Hinton
Genevieve Newsom
Jessie Newton
Brooke Niebeling
Bre Nuvy
Alexis Oakley
Angelica Maria O'Connor
Catherin Odom
Kyrie O'Donnell
Emily Olson
Jasmine Pagan
Juliana Pagan
Jaylee Parker
Megan Pearce
Rosabella Pease
Miranda Pfeiffer
Jayden Piper
Alaina Pucylowski
Kristin Rafferty
Heyyra Ramirez
Raedenn Rathburn
Kelsey Ratzlaff-Peterson
Courtney Reed
Rheya Reichman
Kaylynn Rohde (Mary Grelinger)
Gracee Richesin
Alison Ridley
Stephanie Rivera
Aeriel Roby
Elizabeth Rodenkirk
Bianca Rodriguez
Adeleine Roland
Lillianna Roland

Rosalynn Rolen-Nelson
Ayrika Rose
Brigitte Rummery
Gia Russo
Maxine Rydstrom
Samantha Rydzik
Jessica Analee Sadberry
Samantha Salcido
Addison Saxton
Madeleine Schmitz
Kayla Schneider
Madeline Schorr
Hailey (Stallings) Seigel
Serena Hunke-Davis
Carlie Sherman
Agnes Sittnick
Nicole Slama
Hallee Smart-Perez
Hayden Smith
Macey K. Smith
Heidi Solver
Alexandria Spiller
Presley Staten
Riley Staten
Clarice Steg
Achlynne Stephenson
Claire Suddreth
Brittany Swann
KayDee Swingholm
Adrianna Talento
Chloe Taylor
Trinity Taylor
Kailey Thompson
Britney Thorpe
Mallory Thrailkill
Morgan Tilton
Alex Graig-Tiso
Anya Tobin
Kaitlyn Tolliver
Sarah Trinka
Samantha Ursem

Sierra VanderStel

Kelsie VanMeveren

Sydney Vespa

Kelsey Wade

Caroline Warner

Brianna Watts

Annalise Whitaker

Caliyah White

Mia Whitesell

Hailey Widen

Esmee Wiethorn

Sadie Willard

Shyanne Williamson

Catherine Willis

Anna J. Wilson

Monica Reid fka Genevieve Wilson

Peyton Wilson

Danielle Wolter

Aaliyah Wormley

Tamina Yusifzai

Jenna Zizzo

Sophie Barsanti

Mackenzie Malloy

Sienna Molzan