Madison Meier

Genevieve Newsom

**EXHIBIT B**