

**Resident**

Elizabeth Abram
Kaylee Adams
Lainie F Allen
Genevieve (Dworniczak) Anria
Ianna Pierre-Antoine
Julie Arhelger
Brooke Arnold
Jasmine Augustine
Taryn Ayers
Sydney Bailey
Aubrie Bak-Jensen
Emma Bales
Emily Barr
Kaylee Baumbusch (Kaylee Barth)
Alexis Bartholomew
Sarah Beth Caudill
Mia Bitonti
Tarah Blakslee
Isabella Bochantin
Sophia Bochantin
Elana Bock
Celine Bogner
Stephanie Bolton
Ava Bouton
Sophia Boutrous
Dana Bowden
Danika Ingels-Bracciale
Charity (Seitz) Bradley
Libby Bradley
Alissa Brennan
Stephanie Brennan
Brenna Broadbent
Carrie Brockett
Emily Brown
Lauren "Nora" Budke
Haylee Burcham
Lauren Campbell
Joleigh Carroll

Olivia (Finkelstein) Carroll
Gwendolynn Carter
Angelena Chambers
Hannah Chastain
Avy Chavarria
Destiny Claspell
Taybre Conard
Shanice Conklin
Jeneava Cooper
Corrine McFarlane
Victoria Coyne
Haylee Crow
Rebecca Cunningham
Meredith Daniel
Ariel Davis
Andrea Dean
Thalia Dekay
Destiny DeManche
Annie Denvir
Brenna Dillon
Ariana DiTrolio
Nisha Kent-Dobias
Kaitlyn Dohogne
Chasupha Dorsch
Melina Duemling
Cassie Dzeda
Genessa Edwards
Sarah Edwards
Maria Elizabeth
Kendra Elliot
Courtney English
Lexie Evans
Aliya Fabello
Maya Favero
Magdalene Fordyce
Angela Fortune
Rebecca "Tess" Franch
Laken Frison
Lauryn Fugate
Alena Gage

Anabella Gallia

Emma Gantenbein

Charlotte Gjurasic

Avari Gordon

Anna(Alsup) Gozun

Taylor Grant

Emma Greenwald

Mariah Greer

Mary Grosch

Chloe Haas

Audrey Haase

Nikki Haber

Shaley Hadrava

Talaya Hagy

Sarah Halbur

Brooke Hancock

Taylor Haney

Elizabeth Hanson

Adelina Hargens

Brie Healy

Heidy La Rocca

Cierra Herrington

Katie Higdon

Maggie Higgins

Kristina Hill

Heaven Hollingsworth

Lizzie Hollmann

Aubrey Honea

Simone Horsley

Adryaunna Howland

Sofi Humphrey

Trinity Hurst

Marita Iepson

Lyndsey Jacobson

Alyssa Jalomo

Naomi James

Mollie ("Lilly" Lynch) Jelinek

Isabella Jensen

Allison Jones

Emily Jones

Natalie Jones
Dalilah Judy
Hannah Juntunen
Julian Keefe
Paige King
Haley Knauff-Yonce
Evanthea Knecht
Keila Koellner
Jessika (Gonsalves) Kolenda
Anna Krog
Serena Kropp
Bethany Krump
Shelbea (Riddle) Lane
Kelsay Lang
Elizzibeth Lanphear
Jaci Lester
Mikayla Lewis
Courtney Livermore
Sara Canche Lopez
Grace Lorenz
Grace Elizabeth Lovering
Nevaeh Lundberg
Hannah Lutz
Elizabeth (Mahdavi) O'Keefe
Anna Mangio
Lucy Marsh
Alexandra Sasha Martens
Nadia Martinez
Eve Martinz
Madison Matanane
Katerina May
Tatum McCluskey
Maddison McCormick
Gabrielle McGarraugh
Laura McGetrick
Melanie Melicia
Raleigh Meraz
Kathryn Mitchell
Deyssi Montano
Dakota Moore

Regina Moritz

Christine Moss

Maycie "May" Moss

Alexis Myers

Leah Nagalla

Amanda Nash

Nevaeh Hinton

Brooke Niebeling

Bre Nuvy

Alexis Oakley

Angelica Maria O'Connor

Catherin Odom

Kyrie O'Donnell

Emily Olson

Jasmine Pagan

Juliana Pagan

Jaylee Parker

Megan Pearce

Rosabella Pease

Miranda Pfeiffer

Jayden Piper

Alaina Pucylowski

Kristin Rafferty

Heyyra Ramirez

Raedenn Rathburn

Kelsey Ratzlaff-Peterson

Courtney Reed

Rheya Reichman

Kaylynn Rohde (Mary Grelinger)

Gracee Richesin

Alison Ridley

Stephanie Rivera

Aeriel Roby

Elizabeth Rodenkirk

Bianca Rodriguez

Adeleine Roland

Lillianna Roland

Rosalynn Rolen-Nelson

Ayrika Rose

Brigitte Rummery

Gia Russo
Maxine Rydstrom
Samantha Rydzik
Jessica Analee Sadberry
Samantha Salcido
Addison Saxton
Madeleine Schmitz
Kayla Schneider
Madeline Schorr
Hailey (Stallings) Seigel
Serena Hunke-Davis
Carlie Sherman
Agnes Sittnick
Nicole Slama
Hallee Smart-Perez
Hayden Smith
Macey K. Smith
Heidi Solver
Alexandria Spiller
Presley Staten
Riley Staten
Clarice Steg
Achlynne Stephenson
Claire Suddreth
Brittany Swann
KayDee Swingholm
Adrianna Talento
Chloe Taylor
Trinity Taylor
Kailey Thompson
Britney Thorpe
Mallory Thrailkill
Morgan Tilton
Alex Graig-Tiso
Anya Tobin
Kaitlyn Tolliver
Sarah Trinka
Samantha Ursem
Sierra VanderStel
Kelsie VanMeveren
Sydney Vespa

Kelsey Wade
Caroline Warner
Brianna Watts
Annalise Whitaker
Caliyah White
Mia Whitesell
Hailey Widen
Esmee Wiethorn
Sadie Willard
Shyanne Williamson
Catherine Willis
Anna J. Wilson
Monica Reid fka Genevieve Wilson
Peyton Wilson
Danielle Wolter
Aaliyah Wormley
Tamina Yusifzai
Jenna Zizzo
Sophie Barsanti
Mackenzie Malloy
Sienna Molzan