# KAREN V. FUKUTAKI, M.D.
DIPLOMATE, AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
ADDED QUALIFICATIONS IN FORENSIC PSYCHIATRY
P.O. BOX 460541, GLENDALE STATION, DENVER, CO  80246-0541
303.667.3249
fukutakimd@gmail.com

## CASES IN WHICH EXPERT WITNESS TESTIMONY WAS PROVIDED:

| CASE # | DATE | CLIENT | COUNTY |
|---|---|---|---|
| ? | 11/21/88 | Dominic Espinoza | Conejos |
| 87CR528 | 12/7/88 | William Mathews | Boulder |
| 88CR0211 | 1/11/89 | Wesley Osborne | El Paso |
| ? | 4/18/89 | Gary Hilton | Arapahoe |
| 90M504 | 5/21/90 | Darin Van Gambrell | Weld |
| 88CR172 | 8/3/90 | Mark Robert Hartman | Fremont |
| ? | 8/17/90 | L. Carlson | Pitkin |
| 88CR0216 | 11/29/90 | Eugene Peters | El Paso |
| 90CR1007 | 12/10/90 2/4/91 | Brad Glennie | Arapahoe |
| 90CR00731 | 5/6/91 | Glen Arthur Holmes | Arapahoe |
| 90CR7 | 1/15/92 | Marty Campbell | Prower |
| 92CR10 | 4/13/92 | Raymond Price | Gunnison |
| ? | 7/7/93 | ? Lotches (AKA Kneka Knoke) | Portland, OR |
| ? | 11/20/95 | Roberto Castillo | Denver |
| ? | 8/12/96 | Edwin Roberts | El Paso |

95CR4384                          11/11-12/97   Jon Morris                          Denver

| | | | |
|---|---|---|---|
| 98CR1680 | 7/1/98 | Elizabeth Feltman | Jefferson |
| 97CR3789 | 9/10 &11/98 | Christopher Mask | Denver |
| 98CR134 | 5/25/99 | Jason Stapp | El Paso |
| 98CR10B | 6/23/99 | David L. Jackson | Federal |
| 98CR02446 | 8/18/99 | William Wuest | Jefferson |
| 98CR5192 | 9/9/99 | Andrea Darbe | El Paso |
| 99CR329N | 2/9/00 | Kevin C. Eaton | Federal |
| 99CR135-139 99CR3143 | 4/14/00 | Ronald J. Fogle | Denver |
| 98CR3233 | 5/5/00 | Joseph Lazard | El Paso |
| 01-1085M | 6/29/01 | Stephen P. Linton | Federal |
| 99CR1615 | 9/10/01 | Steven Garcia | Adams |
| 01CR2622 | 12/13/02 | Nathan V. Melikidse | Boulder |
| 02CR2866 | 7/29/03 | James D. Morgan | Denver |
| 02CR1317 | 3/10/04 | Kirk R. Palmer | Boulder |
| 80CR173 | 5/11/04 | Danford Eldridge | Adams |
| 02CR301-B | 5/28/04 | Jesse Moore | Federal |
| ? | 6/3/04 | Marlo Gonzales | Denver |
| 03CR161 | 1/31/05 | Rebekah Amaya | Prowers |
| 04CR3310 | 5/12/05 | William Maunz | Denver |
| 04CR3296, 04CR3297 | 7/25/05 | Amber Torrez | Denver |
| 03CR1001, 03CR1216, 03CR2052 | 8/2/05 | Robert Vineyard | Boulder |

| | | | |
|---|---|---|---|
| 04CR3538 | 3/10/06 | Raul Marquez | Denver |
| 04CR3296, 04CR3297 | 8/28/06 | Amber Torrez | Denver |
| 05CR1957, 05CR5039, 06CR10056 | 10/19/06 | Isaac Apodaca | Denver |
| ? | 10/31/06 | Chad Carver | Westminster |
| 7105CR187 | 11/28/06 | Dustin Peterson | Delta |
| 00CR303, 00CR2368, 00CR3607, 00CR3590 | 12/8/06 | Storme Shannon Aerison | El Paso |
| 04CR03705 | 12/15/06 | James Galloway | El Paso |
| 05M1348 | 12/20/06 | David Beakel | Boulder |
| 04CR00180 | 2/21/07 | Gwen Bergman | Federal |
| 05CR471 | 3/30/07 | Alonzo Jeffery | Fremont |
| 06M147, 5CR337, 07CR226 | 6/15/07 | Mel Bomprezzi | Douglas |
| 06CR2825 | 7/19/07 | George Maldonado | Denver |
| 81CR805 | 9/7/07 | Daniel Kariem | Denver |
| 06CR7122 | 9/13/07 | Lester Johnson | Denver |
| 80CR173 | 10/9/07 | Danford Eldridge | Adams |
| 06CR313 | 11/8/07 | Preston Cousett | El Paso |
| 07CR235 | 1/14/08 | Kenneth McCann | Mesa |
| 04CR03705 | 4/11/08 | James Galloway | El Paso |
| 01JD1289, 00CR52 | 4/17/08 | John Engel | Boulder |
| 06CR3701 | 5/23/08 | Donald Currier | Denver |
| 07CR1285 | 6/10/08 | Sean Streeper | Adams |

| | | | |
|---|---|---|---|
| 07CR3444 | 6/12/08 | Richard Robinson | Denver |
| 80CR173 | 7/18/08 | Danford Eldridge | Adams |
| 08JD573 | 11/10/08 | Ricardo Vargas-Ortiz | Boulder |
| 99CR1248 | 1/30/09 | Robert Kuhnle | Jefferson |
| 08CR437 | 2/20/09 | Maria Joseph | El Paso |
| 06CR3026 | 3/13 & 16/09 | Brian Washington | Adams |
| 07CR175-CMA | 4/9/09 | Andre Stanley | Federal |
| 06CR7759 | 5/4/09 | James Bell | Denver |
| 08CR2222 | 9/9/09 | Emanuel Rivera | Denver |
| 08CR4737 | 9/17/09 | Sean Fitzgerald | El Paso |
| 08CR3150 | 10/8/09 | Spencer Carlisle | El Paso |
| 08CR163, 08CR265, 08CR266 | 10/16/09 | Raul Hurtado Marquez | Fremont |
| 08CR3760 | 11/17/09 | Kareem Anderson | Denver |
| 08CR5062 08CR5105, 09CR1090 | 11/30/09 | Denise Presson | El Paso |
| 07CR2485 | 1/6/10 | Carlos Smith | Jefferson |
| 09CR882, 09CR88 | 2/9/10 | Bert Smith | Denver |
| 08CR1346 | 3/26/10 | Allen Grabe | Mesa |
| 08CR163, 08CR265, 08CR266 | 4/13/10 | Raul Hurtado Marquez | Fremont |
| 04CR282-WYD | 5/20/10 | Ismael Gonzalez-Arenas | Federal |
| 08CR2696 | 7/3 & 7/6/10 | Mason Batton | Jefferson |

| | | | |
|---|---|---|---|
| 08CR152 | 7/20/10 | Mel Bomprezzi | Douglas |
| 08CR799 | 8/6/10 | Brandin Kreuzer | Douglas |
| 88CR55 | 8/24/10 | Kent Leyonmark | Fremont |
| 09CR1511 | 8/27/10 | Aron Jimenez | Jefferson |
| 07CR1648 | 9/7/10 | Kenton Astin | Boulder |
| 07CR3472 | 11/15/10 | Marcus Hightower | Arapahoe |
| 03CR161 | 11/30/10 | Rebekah Amaya | Prowers |
| 07CR192 | 12/21/10 | Hector Holguin-Ramirez | Boulder |
| 09CR1201 | 1/6/11 | Miriam Gallegos | Denver |
| 09CR56 | 1/31 & 2/1/11 | Jerry Snider Jr. | Rio Blanco |
| 09CR4776 | 2/9/11 | Eric Roybal | Denver |
| 10CR15 | 3/3/11 | Eugene Martinez | Denver |
| 08CR5366 | 4/28/11 | Keenu Tiyme | Denver |
| 10CR1599 | 5/2/11 | Jason Stroud | El Paso |
| 10CR2183 | 5/13/11 | Arthur Hussey | El Paso |
| 03CR297 | 5/20/11 & 7/28/11 | Troy Mondragon | Mesa |
| 09CR56 | 6/7/11 | Jerry Snider Jr. | Garfield |
| 10CR67 | 7/8/11 | Melvin Frazier Jr. | Elbert |
| 10CR278, 10CR286, 11CR56 | 7/15/11 | Samuel Mandez | Fremont |
| 10CR283 | 8/15/11 | Michael Westerfield | Fremont |
| 10CR498 | 9/29/11 | Bruco Eastwood | Jefferson |
| 10CR3224 | 10/18/11 | Max Trujillo | Jefferson |
| 07CR919 | 11/15/11 | Molly Midyette | Boulder |
| 10CR276 | 11/17/11 | Raul Hurtado Marquez | Fremont |

6

| | | | |
|---|---|---|---|
| ? | 1/6/12 | Salvador Perez | El Paso |
| 09CR2015 | 2/14/12 | Victor Gabler | Boulder |
| 10CR1678 | 3/9/12 | Joong Rhee | Denver |
| 04CR4917 | 3/15/12 | Erin Pendleton | Denver |
| 11CR4130 | 4/16/12 | Marcus Smith | El Paso |
| 09CR415-WYD | 5/29/12 | Samuel Goolsby | Federal |
| 08CR5679 | 6/15 & 22/12 | John Vigil | Denver |
| 02CR782 | 6/21/12 | Edward Montour | Douglas |
| 11M1430,1578, 1731, 1822 | 8/14/12 | Edward Robbins | Boulder |
| 10CR595 | 9/28/12 | Terry Williams | Douglas |
| 11CR3 | 11/13/12 | Nathan Yager | Delta |
| 11CR1530 | 11/20/12 | David Compare | El Paso |
| 10CR4648 | 1/25/13 | Edward Romero | Denver |
| 11CR4130 | 2/1/13 | Marcus Smith | El Paso |
| 11CR951, 935, 331, 269, 149, 10CR1640, 30 | 3/29/13 | Ricky Sanchez | Pueblo |
| 09CR6979 | 5/31/13 | Anthony Valdez | Denver |
| 13CR33, 11CR2821 | 6/7/13 | Antonio Sanchez | Jefferson |
| 08CR260 | 7/11/13 | Arthur Hussey | Pueblo |
| 12CR1914 | 7/16/13 | Jack Whiting | Jefferson |
| 11CR226 | 7/24/13 | John Coad | Fremont |
| 10CR276 | 9/24/13 | Raul Hurtado Marquez | Fremont |
| 13CR2673 | 12/5/13 | Christina Clay | Denver |
| 13CR14 | 3/14/14 | Zach Hurley | Gunnison |
| 12CR3405 | 4/22/14 | David Anderson | El Paso |

| | | | |
|---|---|---|---|
| 03CR44 | 5/8/14 | Joe Romero | Huerfano |
| CF83-13 | 7/8/14 | Chad DeSoto | Guam |
| 14-cr-01361-WJ | 11/12/14 | John Ng | Federal (NM) |
| 13CR2351 | 11/18/14 | Carol Weigum | Jefferson |
| 14CR35 | 1/14/15 | Andrew Hoglan | Fremont |
| 13CR319 | 2/4/15 | Theodore Schmidt | Fremont |
| 14CR2470 | 5/12/15 | Kevin McCarty | El Paso |
| 10CR5619 10CR5620 | 6/5/15 | Jamar Prince | Denver |
| 12DR2413 | 6/12/15 | Travis Johnson | Denver |
| 14CV32155 14CV33064 | 7/16/15 | Aminokit/Doe & George Deposition | Denver |
| 09CR825 09CR2160 | 8/6/15 | Maurice Quinn | Denver |
| 14CR92 | 9/2/15 | Justin Thompson | Fremont |
| 12CR2149 | 10/30/15 | Emilio Vasquez | Denver |
| 13CR1808 | 1/14/16 | Christopher John Wilds | Boulder |
| 14M1153 | 1/15/16 | Brandon Mulholland | Boulder |
| 15CR161 | 2/2/16 | Fernando Carrillo | Pueblo |
| 15CR3632 | 2/4/16 | Seth Talbot | El Paso |
| 16MH20 | 3/2/2016 | John Lillibridge | Pueblo |
| 14CR5305 | 4/15/16 | Gerald Obi | Denver |
| 15CR2595 | 8/15/16 | James Holmes | Denver |
| 15CV30180 | 8/15/16 | Johanna Alperin | Summit |
| 05CR76 | 9/26/16 | Daniel Alexander | Mesa |
| 16M569 | 9/29/16 | Brandon Aragon | Pueblo |
| 12CR1248 | 12/13/16 | Nakia Pratt | Arapahoe |

| | | | |
|---|---|---|---|
| 16JD122 (Boulder case) | 3/31/17 | Ryan Millsap | Weld |
| 15CR3646 | 8/30/17 | Delonta Crank | Denver |
| 04CR4038 | 9/14/17 | Karen Rodriguez | Denver |
| 16CR4339 | 11/22/17 | Shawn Pack | Adams |
| 16CR3468 | 1/4/18 | Marcus Walker | Jefferson |
| 16CR728 | 1/24/18 | Shaun Whitaker | Pueblo |
| 08CR496 | 3/2/18 | Lance McDermed | Adams |
| 11CR3 | 3/15/18 | Nathan Yager | Delta |
| 16CR2569 | 5/3/18 | Matthew Tatti | Larimer |
| 16CR4189 | 5/4/18 | Jonathan Lechman | Denver |
| 18cr00027RBJ | 6/8/18 | Michael Seaton | Federal |
| 17CR1189 | 6/25/18 & 8/9/18 | Germal Qualls | Boulder |
| 14CR35 | 12/5/18 | Troy Silcox | Prowers |
| 17CR6041 | 2/14/19 | Aric Nicholas | Denver |
| 18-cr-00043-WYD | 8/22/19 | Samuel Goolsby | Federal |
| 07CR4062 | 9/6/19 | Charles Smith | Denver |
| 17CR9028 | 9/27/19 | Shamil Jefferson | Denver |
| 18CR50 | 7/13/2020 | Jesper Joergensen | Costilla |
| 2020CR1161 2020CR1394 | 11/9/2020 | Amanda Mooney | Boulder |
| 18CR820 | 6/23/2021 | Travon Sanders | Arapahoe |
| 19CR2042 | 9/1/2021 | Justin Bannan | Boulder |
| 21MH284 | 11/17/2021 | Jesper Joergensen | Pueblo |
| 12CR2354 | 5/4/2022 | Christopher Maher | Arapahoe |

| | | | |
|---|---|---|---|
| 14CR4181, 14CR4851, 15CR3023, 16CR3314, 2020CR1770, 21CR3137, 21CR738 | 3/3/2023 | Rodney Leacock | El Paso |
| 21-cr-00302-JMC | 6/7/23 | Patrick Scott | Federal |
| 24PDJ017 | 6/28/24 | Max Minnig | Denver 176 |