

Dedicated to Land and Landowners Since 1946

# 121 Safe Haven Drive
Potential Agricultural Enterprises and Labor Requirements

**SEPTEMBER 19, 2024**

**Prepared by:**
Jim Fryer

**Hall & Hall**
1227 North 14th Ave., Ste 1
Bozeman, MT 59715



Dedicated to Land and Landowners Since 1946

The 160-acre parcel located at 121 Safe Haven Drive near Powell, Wyoming consists of dry rangeland and irrigated hay ground. This property will support approximately 9 head of cows based on year-around grazing resources. Hay can be produced on this parcel that could provide winter supplemental feeding through periods of increased snowfall. Hay production is estimated at 114 tons. This parcel is unbalanced considering the grazing land does not match the productivity of the hay ground.

If the owner chose to stock the land with the maximum number of livestock consuming all the hay produced, the parcel lacks the necessary grazing to sustain the same number of livestock on the rangeland. United States Department of Agriculture publishes soil surveys conducted by the Natural Resources Conservation Service that provide a baseline estimate of forage productivity. This parcel consists of five soil types with the largest share of 46% being much more productive than the remaining four. The four soil types receiving only natural precipitation produce from 288 pounds of forage per acre per year up to 610 pounds of forage per acre per year given normal conditions. Not all the annual forage production is consumed by livestock. It is advisable to leave a significant portion of the annual production standing every year to maintain land health and promote regrowth for the following growing season. The calculations below use 48% residual on the rangeland and 20% residual on the cryofluvents. The land outside of the irrigation system produces very little forage for livestock. The following table summarizes forage production on the bottom ground and rangeland.

|   | Land-Forage Productivity | Acres | Total Dry Matter (DM) Lbs at .52 | Consumbable Lbs/Ac | Animal Unit Months (AUM) | Animal Units (AU) Annual |
|---|---|---|---|---|---|---|
| 1 | Cryofluvents | 75 | 85,086 | 1136 | 81 | 7 |
| 2 | Range | 88 | 21,657 | 246 | 21 | 2 |
| 3 | Total | | | | 102 | 9 |
| 4 | May-October Grazing Total | | | | 17 | 17 |

Notice that cryofluvents producing over 1,100 pounds per acre is without irrigation. Given current irrigation systems on this parcel, additional analysis assumes hay produced through this system is 2 tons per acre. This also leaves a residual shown in the forage production table that is available for livestock grazing.

By supplementing the livestock for six months of the year with hay that is produced on the ranch, it is estimated that the ranch can support 17 head of cattle through the entire year. The table below itemizes the expected gross revenue from this style of livestock operation. Likewise, average industry costs (excluding labor) for raising cattle follow in the same table to estimate revenue available for employee salaries and capital investments.



Dedicated to Land and Landowners Since 1946

| Annual Inventory and Cash Flow Based on Land Productivity | | | Head | Weight | Price per Pound | Total $$ Annual |
|---|---|---|---|---|---|---|
| 1 | Cows | | 17 | | | |
| 2 | Calves | | 14 | | | |
| 3 | Steer Calves | | 7 | | | |
| 4 | Heifer Calves | | 7 | | | |
| 5 | Cull Cows | | 2 | | | |
| 6 | Replacement Heifers | | 2 | | | |
| 7 | Sales-Steer Calves | | 7 | 600 | $ 2.05 | $ 8,610.00 |
| 8 | Sales-Heifer Calves | | 5 | 575 | $ 1.95 | $ 5,606.25 |
| 9 | Sales-Cull Cows | | 2 | 1100 | $ 0.75 | $ 1,650.00 |
| 10 | Cattle Sales-Gross Total | | | | | $ 15,866.25 |
| 11 | Cost at $510 per head | | | | | $ 8,670.00 |
| 12 | Net without Labor and Lease | | | | | $ 7,196.25 |
| 13 | Amount available for Operator Salary and Capital Expenditures-Annual | | | | | $ 7,196.25 |

After deducting costs, $7,196.25 annually remains to pay operator salary and/or investment in capital expenditures necessary to sustain the operation.

Line 11 above shows a cow cost estimate of $510 per head. This is based on 2019 industry survey data published for members of Cattle Fax, a longstanding source for production and economic data in the cattle industry. Using their cumulative reported data, we allocate cost across normal accounting categories typical of ranching operations using appropriate weighting. To derive the $510 per head used above, we then exclude estimated direct and indirect labor costs to arrive at revenue available to cover operator salary and capital expenditures after deducting all other costs. The appendix provides a likely list of capital expenditures expected over long-term ownership that totals $842,000.

This parcel can supply surplus hay production relative to the number of livestock sustained on accompanying rangeland. The 17 head of cattle consume approximately $43\frac{2}{3}$ tons of hay per year with another $18\frac{1}{4}$ tons per year consumed by four companion horses. This leaves approximately 50 tons of hay surplus that is available for sales. At an average price of $175 per ton (three-year average), these sales cover the cost (excluding labor) for all hay produced on the operation with a remainder of $3,221.25 available for operator salary and/or investment in capital expenditures necessary to sustain the operation. The appendix provides a list of possible and common capital expenditures. The table below provides more detail on the potential haying enterprise.



Dedicated to Land and Landowners Since 1946

| Annual Inventory and Cash Flow Based on Land Productivity | Acres | Pounds per Acre | Tons | Total $$ Annual |
|---|---|---|---|---|
| 14 Hay Production | 75 | 3,000 | 112 1/2 | |
| 15 Hay Consumption-Cows + R Heifers | | | 43 2/3 | |
| 16 Hay Consumption-Horses 4hd | | | 18 1/4 | |
| 17 Hay Consumption-Total | | | 62 | |
| 18 Hay Surplus | | | 50 5/9 | |
| 19 Hay Sales at $175 per ton | | | | $ 8,846.25 |
| 20 Hay Cost at $50 per ton | | | | $ 5,625.00 |
| 21 Net Hay Sales without irrigation labor | | | | $ 3,221.25 |
| 22 Amount available for Operator Salary and Capital Expenditures-Annual | | | | $ 3,221.25 |
| 23 | | | | |
| 24 Total Available for Operator Salary and Capital Expenditures-Annual | | | | $ 10,417.50 |
| 25 | | | | |

It is clear from the financial performance estimated above that this parcel does not sustain a full-time agricultural business. Combining the net revenue without labor from livestock with the net revenue without labor from hay equals $10,417.50 annually available for operator salary and capital expenditures. It is important to note this operation lacks the economies of scale necessary to sustain livestock and haying enterprises. Likewise, the labor requirements for this 160-acre parcel are minimal. Traditional ranching operations in the Northern Rockies normally require one full time employee for every 330 cows when operating with suitable economies of scale. Given that Dally-Up can run 17 cows on the property, the scaling factor to determine labor requirements is approximately 5% of the normal Full Time Equivalent.

September 2024 Update -  This Full Time equivalent reflects higher labor demands in the summer and lower labor demands in the winter. During the months May through July, irrigation will be the most intensive on Dally-Up with approximately 7 hours per week with an additional 3.5 hours per week of animal care. During the fall, there is very little to do as the livestock will be grazing pastures and care falls to 2 hours per week or less. This carries through early winter. In January to April, the estimated 17 cows, or equivalent, will require approximately 5 hours per week.

Ranch employees are expected to conduct a wide variety of tasks that encompass the care and productivity of both the livestock and the land. This includes maintaining and building any improvements and facilities necessary to carry out the ranch business of growing crops and raising livestock. When hiring ranch employees, it is common to require work experience directly related to conducting daily tasks. This includes experience irrigating, feeding, building fence, repairing fence, construction, equipment/vehicle operation, equipment/vehicle maintenance and repair, animal handling, animal health and wellbeing, land health and wellbeing. Employees must be capable of assessing current conditions in every aspect of the operation while also being able to make necessary adjustments to ensure sound outcomes. These adjustments are made with minimal supervision and/or instruction given that the employee is hired with strong base skills. Employees must



solve ranch problems using their own intuition, improvision, and skill. While they are solving ranch problems, they must also ensure their individual safety and the safety of all those around them, including both animal and human.

Economies of scale also influence the type of ranch hand employed by an operation. On large operations that require several employees, subgroups with specific skills will be formed through the talent recruitment process. Cattle operations with several employees on the roster will source individuals with skills specific to equipment operation for producing supplemental winter feed and another subgroup specific to animal handling and wellbeing. The 160-acre parcel owned by Dally-Up does not have this luxury. The land productivity and facility design do not support multiple employees let alone a single employee. The operation does require labor input albeit at a much less intensive level than a primary enterprise. With no room for outside labor, the person conducting daily tasks is far more effective and efficient without the burden of supervising employees, even if those employees have experience. During the summer, aside from haying, the two most time-consuming activities will be fencing and irrigating considering there are no major construction and expansion projects. In both cases, having more than one employee is redundant, especially if that employee requires major guidance to complete the task. Despite the limited economies of scale and deficient resources on this 160-acre parcel, properly maintaining the land and facilities will require some of the same activities that occur on much larger operations. However, these activities will not produce sufficient revenue to compensate the owner for their time.

A typical week on a ranch entails at least 5.5 workdays with approximately 10 hours per day spent on a wide variety of tasks. During the winter and early spring, a time of colder temperatures and heavy snowfall, 4-6 hours per day will be dedicated to feeding livestock and ensuring clear access to water. There is also a significant amount of time spent plowing snow and keeping roads open to access livestock facilities and feed storage. Once feeding and snow removal is completed, livestock health is accomplished by gathering and working any animals identified during the feeding and watering process. It is necessary for ranch hands to have the skill to independently identify and keep track of sick animals without supervision so they can return to retrieve that animal(s) for treatment. The remainder of the day will be dedicated to servicing equipment, making repairs on equipment and facilities as well as gathering supplies and materials for the next day.

As spring nears, calving season begins. This a critical time on the ranch that also requires working a full 7 days per week. The amount of time spent working each day will easily approach a full 12 hours with harsh weather extending daily requirements beyond a 12-hour day. This season also requires caring for livestock through the night. Again, all ranch hands will be expected to conduct upmost care for the livestock without direct supervision. At the same time, feeding



responsibilities continue with additional time now being allocated to ensuring proper nutrition for newborn livestock. Animal health also requires more time and continues into June while newborn livestock remain young and susceptible to ailments. In late spring and early summer, young livestock are branded and the cow-calf pairs are turned out on grass pastures that alleviate constant tending of the herd and health. This is also the time for major fence repairs.

As this transition occurs, so does the rapidly developing hay crop. This requires 2-4 hours per day of irrigation and maintenance of farm facilities and equipment. If the harvest of hay is contracted to an outside third party, then the ranch continues to dedicate time to facility repair, irrigation, livestock grazing rotation and health as well as equipment service. Often, there are several capital improvements underway during the summer when conditions are prime for replacing old facilities. This includes building new fence, corrals and other structures to sustain ongoing operations.

As the haying season concludes, there is a reprieve from long hours of land and livestock care and production. 10-hour days become the norm for several weeks as ranch operations focus on wrapping up capital improvement projects and caring for livestock that remain grazing larger rangeland pastures. The cattle are now mostly self-sufficient, especially in terms of health as the offspring have enough age to remain healthy through most conditions. Livestock duties will require occasional pasture rotation, monitoring and ensuring quality stock water as well as periodically delivering minerals required for building nutritional resilience for the coming winter.

In late September and October, weaning of the offspring from their mother increases labor requirements. The cattle will be gathered and processed in working facilities with the administration of vaccines, pregnancy checking and culling of animals that no longer provide sufficient production. The offspring are separated from their mothers. This causes increased stress on the young animals that also triggers risk of sickness. Once again, daily animal health is key. 1-2 hours per day are dedicated to feeding young livestock as they no longer receive food from their mothers. This is standard procedure for 10 days to 6 months depending on the ranch's livestock marketing program. Overall, the weaning process is back to full 10-hour days.

The cows will continue to graze into December while the offspring receive feed delivered by the crew. As the calendar year winds down and weaning is complete, equipment maintenance and positioning of supplies for the winter season occurs. This includes making repairs specific to calving facilities that will be put into service in March and April of the following year. It is critical to make those repairs while the weather is conducive to full access to construction resources as the winter will likely impede these projects leading up to March when facilities will be occupied and have



Dedicated to Land and Landowners Since 1946

full functionality requirements. Furthermore, any snow removal equipment must be primed and ready for deployment. Daily work requirements during this final season of the calendar year will decrease to 7-8 hours per day in conjunction with the number of daylight hours available in the winter months.

Given the size of a potential livestock herd and the nature of the property located on Safe Haven Road, it is clear that one person is more than sufficient to conduct all of the necessary duties. Occasionally, certain capital improvement projects and animal health procedures will require assistance from an outside party. For example, any serious livestock health problems requiring a veterinary where their professional training is critical to survival of the animal, excluding those times that their costs exceed the value of the animal. Installing specialized irrigation systems is another example of professional services provided by third party experts. Having more than one person conducting irrigation exceeds normal operation procedures for a land base of this size. The key for the one person operating at Safe Haven Drive is that they have the experience and knowledge to fully carry out necessary tasks successfully without supervision. The activities carried out by the residents of Trinity Teen Solutions were not a critical component of the agriculture operations. The activities were duplicative to the extreme that they did not resemble normal ranch labor contribution. A ranch does not have several individuals simultaneously doing one person's job. Especially when it requires one person of knowledge and skill to direct the extra, unqualified personnel.

September 2024 Update -  Dally-Up operates on approximately 50 acres of irrigated hay ground. On a typical farm and ranch property, it is expected that one person maintains the hand irrigation system on more than 100 acres. It will take approximately 1 hour per day to relocate and reconnect the irrigation pipe per 50 acres. Those hired to conduct this task will be expected to carry this out efficiently as they will move on to other ranch projects during the day. Those not familiar with this task consume valuable time. Teaching this skill should not exceed 3 days of on-the-job training. Any additional time is a burden to those teaching the skill. Hourly wages for this type of task were $12 per hour to $16 per hour during the years 2010 to 2020.  During this time, Trinity Teen Solutions reports wages ranging from $347,227 in 2013 to $793,205 in 2020. With this high of paid wages, it is clear that there is a substantial enterprise that is not associated with agriculture.

September 2024 Update -  When analyzing the financial statements for Trinity Teen Solutions, one finds that animal care expenses far exceed the sporadic corresponding income. Direct income from livestock was reported for two years, once in 2015 for $10 and once in 2019 for $300. Income from sales was also reported in 2015 in the amount of $7,293. It is not clear if this is livestock or agricultural related. Income from sales was also reported in 2016, 2017, and 2018 ranging in amounts of $809 to $8,903.



September 2024 Update -  During the years of 2010 to 2020, animal expenses ranged from $12,409 to $25,459 with animal feed and horse car expense making up from 71% to 96% of total animal expenses. It is clear that animal expenses exceed animal income typical of companion animal ownership. Dally-Up reports sheep livestock sales in 4 of the 11 years with sheep sales income ranging from $2,159 to $6,643. This is not a viable livestock enterprise and indicates from 11 head to 36 head of lambs sold during those years. This volume of sheep further indicates companion animal ownership. Horse feed is by far the single largest contribution to livestock expense. Horses are well known as companion animals rather than a viable livestock and agricultural operation.

September 2024 Update -  Five Charts below summarize the 11 years of financial reports.



Dedicated to Land and Landowners Since 1946







Dedicated to Land and Landowners Since 1946





Dedicated to Land and Landowners Since 1946

## APPENDIX 1-Capital Expenditures

|    | Capital Expenditures Possible During Long Term Ownership |  |  |  | Total $$ |
|---|---|---|---|---|---|
| 26 | Pivot |  |  |  | $250,000.00 |
| 27 | Tractor |  |  |  | $150,000.00 |
| 28 | Swather |  |  |  | $250,000.00 |
| 29 | Livestock Trailer |  |  |  | $ 13,000.00 |
| 30 | Flatbed Equipment Trailer |  |  |  | $ 12,000.00 |
| 31 | Pickup Truck |  |  |  | $ 55,000.00 |
| 32 | Water Tanks for livestock |  |  |  | $ 20,000.00 |
| 33 | Hay Baler |  |  |  | $ 35,000.00 |
| 34 | Hay Rake |  |  |  | $ 12,000.00 |
| 35 | Four Wheeler |  |  |  | $  5,000.00 |
| 36 | Bull for breeding 17 cows |  |  |  | $ 36,000.00 |
| 37 | Misc Tools |  |  |  | $  4,000.00 |
| 38 | Possible Intermediate Term Capital Expenditures for Long Term Ownership-Total |  |  |  | $842,000.00 |



Dedicated to Land and Landowners Since 1946

## APPENDIX 2-Materials Reviewed

I reviewed the following documents:

- 07/22/22     deposition of Jenna Neve
- 08/02/22     deposition of Amanda Nash
- 08/03/22     declaration of Jerry Woodward
- 08/03/22     deposition of Justin McColl
- 08/09/22     deposition of Kyle Woodward
- 08/10/22     deposition of Jerry Woodward
- 08/25/22     Cattle Fax Annual Cow Cost
- 08/29/22     USDA-NRCS Web Soil Survey
- 09/13/22     deposition of Angela C. Woodward

September 2024 Update -
- 08/28/24     2010-2020 Trinity Teen Solutions P & L Statements
- 08/28/24     2010-2020 Dally-Up P & L Statements