| | |
|---|---|
| Michael Rosenthal, WSB #5-2099<br>Nathan Nicholas, WSB #7-5078<br>Kelsey Prestesater, WSB # 8-7234<br>Hathaway & Kunz, LLP<br>P.O. Box 1208<br>Cheyenne, WY  82003-1208<br>(307) 634-7723<br>Fax:  (307) 634-0985<br>mike@hkwyolaw.com<br>nnicholas@hkwyolaw.com<br>kprestesater@hkwyolaw.com | Frank L. Watson, III (TN Bar #015073)<br>William E. Routt, III (TN Bar #28577)<br>Craig A. Edgington (TN Bar #36205)<br>*Admitted Pro Hac Vice*<br>Watson Burns, PLLC<br>253 Adams Avenue<br>Memphis, TN  38104<br>(901) 529-7996<br>Fax: (901) 529-7998<br>fwatson@watsonburns.com<br>wroutt@watasonburns.com<br>cedginton@watsonburns.com |

Melissa J. Stewart (TN Bar #40638)
Bryce Ashby (TN Bar #026179)
*Admitted Pro Hac Vice*
Donati Law, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
Fax: (901) 278-3111
bryce@donatilaw.com
melissa@donatilaw.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN**, and **AMANDA NASH**, on behalf of themselves and similar situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**TRINITY TEEN SOLUTIONS, INC.**, a Wyoming corporation; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD**; and **DALLY-UP, LLC**, a Wyoming limited liability company,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:20-CV-215-SWS |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER, ALLOW PLAINTIFFS TO SUBSTITUTE AN EXPERT WITNESS AND MOTION FOR EXTENSION OF TIME**

**COME NOW** Plaintiffs, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16(b)(4), requests leave from this Court to amend the scheduling order to

provide time to substitute its expert witness, Dr. Sarah Boyd, and further requests an extension of time to supplement that expert's opinion. Despite Plaintiff Counsel's diligent efforts, the scheduling deadlines cannot be met as a result of the existing expert's newfound conflict of interest. In support thereof, Plaintiffs state:

- Plaintiffs acted diligently in locating an expert witness and retained Dr. Sarah Boyd to review the facts of this case even before filing their initial Complaint in 2020.

- From that point forward, Plaintiffs had rightfully relied on Dr. Boyd's engagement to render expert opinions consistent with her findings in her early and ongoing assessments.

- On Friday, September 20, 2024, Dr. Boyd sent an email simply stating she would no longer be available for this matter.

- After multiple attempts to reach Dr. Boyd, it was finally revealed that a conflict had emerged.

- That conflict includes confidential attorney-client and privileged information which Plaintiffs' counsel believes cannot be disclosed in pleadings or an open hearing pursuant to the Wyoming Rules of Professional Conduct 1.6.

- Plaintiffs believe this conflict establishes good cause to grant this Motion.

- Plaintiffs have identified a replacement expert and are prepared to engage that expert pending the Court's granting of this Motion.

- Granting a 30-day extension to amend and supplement Plaintiffs' expert opinions will not greatly prejudice the parties, nor will it have an impact on the existing scheduling order and trial dates.

- Federal Rule of Civil Procedure 16(b) provides that a pretrial schedule, including the deadlines for expert witness disclosure, may be "modified for good cause and with the

judge's consent."

- Plaintiffs have attempted to confer with Defendants but have been unable to reach them. A voicemail was left for Thomas Quinn the same day Plaintiffs were contacted by Dr. Boyd and that call was never returned (Defense counsel's phone system is an automated phone system that leads directly to voicemail).  An email was also sent on the date of this pleading asking for a conferral, which no response was received.

- Should further information be needed by the Court to determine if good cause exists, Plaintiffs' counsel respectfully requests this Court grant an *in-camera* hearing with Plaintiffs' Wyoming counsel to review the matter.

- Wherefore, Plaintiffs request this Court GRANT Plaintiffs' Motion to Amend the Scheduling Order to substitute Sr. Sarah Boyd as an expert and allow additional time to supplement their expert opinions.

DATED this 27th day of September, 2024.

            Carlie Sherman, Anna Gozun and Amanda Nash, PLAINTIFFS

            By: */s/ Nathan Nicholas*
              Michael Rosenthal, WSB #5-2099
              Nathan Nicholas, WSB #7-5078
              Kelsey Prestesater, WSB # 8-7234
              Hathaway & Kunz, LLP
              P.O. Box 1208
              Cheyenne, WY  82003-1208
              (307) 634-7723
              Fax:  (307) 634-0985
              mike@hkwyolaw.com
              nnicholas@hkwyolaw.com
              kprestasater@hkwyolaw.com

-4-

        Melissa J. Stewart (TN Bar #40638)
        Bryce Ashby (TN Bar #026179)
        *Admitted Pro Hac Vice*
        Donati Law, PLLC
        1545 Union Ave.
        Memphis, TN  38104
        (901) 209-5500
        Fax: (901) 278-3111
        bryce@donatilaw.com
        Melissa@donatilaw.com

        Frank L. Watson, III (TN Bar #015073)
        William E. Routt, III (TN Bar #28577)
        Craig Edgington (TN Bar #038205
        *Admitted Pro Hac Vice*
        Watson Burns, PLLC
        253 Adams Avenue
        Memphis, TN  38104
        (901) 529-7996
        Fax: (901) 529-7998
        fwatson@watsonburns.com
        wroutt@watsonburns.com
        cedgington@watsonburns.com

        ATTORNEYS FOR PLAINTIFFS AND
        CLASS MEMBERS

-5-

## CERTIFICATE OF SERVICE

  This is to certify that on the 27th day of September 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Thomas Quinn<br>Lillian L. Alves<br>Lindsey M. Romano<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO  80202<br>*Attorneys for Defendants* | [ x ]  CM/ECF<br>[   ]  U.S. Mail<br>[   ]  Fax:  (303) 534-5161<br>[   ]  E-mail:  tquinn@grsm.com<br>    lalves@grsm.com<br>    lromano@grsm.com |
| Lindsey M. Romano<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 200<br>San Francisco, CA  94111<br>*Attorneys for Defendants* | [ x ]  CM/ECF<br>[   ]  U.S. Mail<br>[   ]  Fax:<br>[   ]  E-mail:  lromano@grsm.com |
| Jasmine M. Peters<br>Assistant United States Attorney<br>P.O. Box 668<br>Cheyenne, WY 82003-0668<br>*Attorney for the United States of America* | [ x ]  CM/ECF<br>[   ]  U.S. Mail<br>[   ]  Fax:<br>[   ]  E-mail:<br>    jasmine.peters@usdoj.gov |
| Kristina A. Wolfe<br>Senior Trial Counsel<br>U.S. Department of Justice Civil Division<br>Federal Programs Branch<br>P.O. Box 883, Ben Franklin Station<br>Washington, DC 20044 | [ x ]  CM/ECF<br>[   ]  U.S. Mail<br>[   ]  Fax:<br>[   ]  E-mail:<br>    Kristina.Wolfe@usdoj.gov |

                */s/ Hayley Wheeler*