UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 NOV 25  PM 4: 24

MARGARET BOTKINS, CLERK
CASPER

CARLIE SHERMAN, ANNA GOZUN, and
AMANDA NASH, on behalf of themselves and all
similarly situated persons,

    Plaintiffs,

v.

TRINITY TEEN SOLUTIONS, INC., a Wyoming
corporation; ANGELA C. WOODWARD; JERRY
D. WOODWARD; KARA WOODWARD; KYLE
WOODWARD; and DALLY-UP, LLC, a Wyoming
limited liability company,

    Defendants.

Case No. 2:20-CV-215-SWS

---

### ORDER UNSEALING ECF No. 312 UNDER AEO PROTECTIVE ORDER

---

Upon the Court's ex-parte show-cause hearing with Plaintiffs' counsel (ECF 319, 320), the Court finds Plaintiffs' ex-parte supplement (ECF 312) in support of their motion to substitute their expert witness should be disclosed to Defendants' counsel, limited to Attorneys' Eyes Only (AEO). Defendants may then supplement their opposition to Plaintiffs' motion to substitute expert, as necessary, based on the information disclosed in ECF No. 312. Scheduling for such supplementation and ruling on the motion to substitute expert shall be controlled by Chief Magistrate Judge Scott P. Klosterman.

**IT IS THEREFORE ORDERED** that the Clerk of Court will please grant Defendants' attorneys access to ECF No. 312, effective immediately. The document shall remain non-public and unavailable through CM/ECF or PACER to anyone other than

active counsel of record in this case.

**IT IS FURTHER ORDERED** that all counsel in this case shall treat ECF No. 312 as confidential and available to Attorneys' Eyes Only (AEO). If any future submission references the substance or contents of ECF No. 312, that future submission must likewise be filed to preclude disclosure of ECF No. 312 to anyone but counsel of record.

**IT IS FINALLY ORDERED** that Defendants may supplement their opposition (ECF 311) to Plaintiffs' motion to substitute expert in light of the disclosures in ECF No. 312, with the scheduling of such supplementation and any further allowances on the matter to be at Magistrate Judge Klosterman's discretion and direction.

**DATED:** November 25th, 2024.

Scott W. Skavdahl
United States District Judge