Thomas Quinn (WY: #5-2630)
Lillian L. Alves (*Pro Hac Vice*)
Lindsey M. Romano (*Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN** and **AMANDA NASH** on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **KARA WOODWARD**; **KYLE WOODWARD**; and **DALLY-UP, LLC,** a Wyoming limited liability corporation,<br><br>Defendants. | Civil Doc. No. 20-CV-215-SWS |

**DEFENDANTS TRINITY TEEN SOLUTIONS, INC., ANGELA C. WOODWARD, JERRY D. WOODWARD, KARA WOODWARD, KYLE WOODWARD, AND DALLY UP, LLC'S REQUEST FOR FORWITH STATUS CONFERENCE**

Defendants Trinity Teen Solutions, Inc., Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC ("TTS Defendants"), through undersigned counsel, request a forthwith status conference for the following reasons:

1. The Court vacated all deadlines and directed the parties to contact Chief Magistrate Klosterman to set a scheduling conference on December 3, 2024. (Dkt. 323).

2. Defendants requested a forthwith hearing on December 5, 2024. (Dkt. 325, p. 2).

3. The concerns Defendants raised regarding *ex parte* information bear on issues of class membership and damages.

4. Accordingly, Defendants cannot schedule the remainder of the case until the concerns they have raised are addressed.

For the foregoing reasons, Defendants respectfully repeat their request for a forthwith status conference.

Respectfully submitted this 23rd day of January, 2025.

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ *Thomas B. Quinn*
Thomas Quinn (WY: #5-2630)
Lillian L. Alves (Pro Hac Vice)
Lindsey M. Romano (Pro Hac Vice)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
tquinn@grsm.com
lalves@grsm.com
lromano@grsm.com

*Attorneys for Defendants Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of January, 2025, a true and correct image of the foregoing was e-filed via CM/ECF and served to all attorneys of record:

Michael Rosenthal
Nathan Nicholas
Kelsey Prestesater
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
mike@hkwyolaw.com
nnicholas@hkwyolaw.com
kprestesater@hkwyolaw.com

Frank L. Watson, III, *(Pro Hac Vice)*
Craig Edgington, *(Pro Hac Vice)*
William E. Routt
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38103
(901) 529-7996
fwatson@watsonburns.com
wroutt@watsonburns.com
cedgington@watsonburns.com
bburns@watsonburns.com
jwilson@watsonburns.com
*Attorneys for Plaintiffs*

*/s/ Thomas B. Quinn*
For GORDON REES SCULLY MANSUKHANI, LLP