| | |
|---|---|
| **From:** | Amanda Nash |
| **To:** | Craig Edgington |
| **Subject:** | Re: Final Version of Settlement |
| **Date:** | Thursday, February 27, 2025 8:57:18 PM |

I agree to these terms.
Amanda

> On Feb 27, 2025, at 8:56 PM, Craig Edgington <cedgington@watsonburns.com> wrote:
>
>
> Girls,
>
> Please see the additions to paragraph 7.  Please respond all that you agree to these terms.
>
> Best regards,
>
> Craig A. Edgington
> Watson Burns, PLLC
> 5865 Ridgeway Center Parkway; Suite 300
> Memphis, Tennessee 38210
> Phone: (901) 529-7996
> Cell Phone: (901) 356-8269
> Fax: (901) 529-7998
> www.watsonburns.com
>
> <2025.02.27 term sheet (CAE Redlines)(98905466.1).docx>

| | |
|---|---|
| **From:** | Carlie Sherman |
| **To:** | Craig Edgington; a_nash77@hotmail.com |
| **Cc:** | mrosenthal@hkwyolaw.com; nnicholas@kochlawpc.com; Bill Burns; Frank Watson |
| **Subject:** | Re: Final Version of Settlement |
| **Date:** | Thursday, February 27, 2025 8:58:19 PM |

I agree to these terms

**From:** Craig Edgington <cedgington@watsonburns.com>
**Sent:** Friday, February 28, 2025 3:56 AM
**To:** sherman.carlie@outlook.com <sherman.carlie@outlook.com>; a_nash77@hotmail.com <a_nash77@hotmail.com>
**Cc:** mrosenthal@hkwyolaw.com <mrosenthal@hkwyolaw.com>; nnicholas@kochlawpc.com <nnicholas@kochlawpc.com>; Bill Burns <bburns@watsonburns.com>; Frank Watson <fwatson@watsonburns.com>
**Subject:** Final Version of Settlement

Girls,

Please see the additions to paragraph 7.  Please respond all that you agree to these terms.

Best regards,

Craig A. Edgington
Watson Burns, PLLC
5865 Ridgeway Center Parkway; Suite 300
Memphis, Tennessee 38210
Phone: (901) 529-7996
Cell Phone: (901) 356-8269
Fax: (901) 529-7998
www.watsonburns.com