

**FILED**

9:11 am, 9/9/25

**Margaret Botkins**
**Clerk of Court**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

Carlie Sherman and Amanda Nash et al.,
   Plaintiff,

v.                                   Civil Action No. 22-8080

Trinity Teen Solutions,
   Defendant.

2:20-cv-00215-SWS

_____

**MOTION TO APPEAR BY VIDEO CONFERENCE**

Plaintiff Carlie Sherman respectfully moves the Court for permission to attend hearings, including any settlement approval proceedings or related conferences, via video conference (Zoom). In support of this motion, Plaintiff states as follows:

1. Plaintiff has submitted a sworn declaration contemporaneously with this motion outlining concerns regarding counsel conduct, mediation, and the treatment of class members. These concerns, including ongoing fears of retaliation and stress arising from certain counsel interactions, make in-person attendance particularly challenging.

2. Allowing Plaintiff to appear remotely will ensure her ability to participate in proceedings fully and safely, while maintaining the integrity of the case and her role as a named plaintiff.

3. Plaintiff will ensure that she has the technological capability to participate meaningfully in all proceedings via Zoom, and will comply with any instructions the Court issues regarding remote participation.

4. Plaintiff's co-plaintiff, Amanda Nash, will attend in person as the class representative. This ensures that the class will be fully represented at the hearing, even if Plaintiff participates remotely.

WHEREFORE, Plaintiff respectfully requests that the Court grant her permission to appear remotely via Zoom for any hearings or conferences in this matter.
Executed on September 9, 2025

Respectfully submitted,

Carlie Sherman