UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

2:20-cv-00215-SWS

*9:14 am, 9/9/25*

**Margaret Botkins**
**Clerk of Court**

Carlie Sherman and Amanda Nash et al.,
   Plaintiff,

v.                                             Civil Action No. 22-8080

Trinity Teen Solutions,
   Defendant.

_____

**DECLARATION OF CARLIE SHERMAN IN SUPPORT OF MOTION TO APPEAR BY ZOOM**

I, Carlie Sherman, declare as follows:

1. I am a named plaintiff in this matter.

2. My prior attorney, Craig Edgington, informed me that it was not possible to attend hearings in this case by Zoom because the Court required in-person attendance. I relied on that information until recently.I relied on that information until recently.

3. As soon as I realized that remote participation might be possible, I prepared and filed this request so that I may attend the Final Fairness Hearing **by Zoom rather than in person**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2025
Respectfully submitted,

Carlie Sherman