

**FILED**

11:00 am, 9/11/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Sherman et al

        Plaintiff,

vs.

Trinity Teen Solutions Inc et al

        Defendant.

Case Number: 2:20-CV-215-SWS

## CIVIL MINUTE SHEET - MOTION HEARING

☑ This minute sheet also contains a Minute Order

Date: Sep 11, 2025    Time: 9:08- 10:28 am

| Scott W. Skavdahl | Mariah Schafersman | Jan Davis | William Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s):  Nathan Nicholas, Michael Rosenthall, Craig Edgington, Frank Watson III and William Routt

Attorney(s) for Defendant(s):  Thomas Quinn

Other:  Gar Lauerman (for related case 1:24-CV-181-SWS)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 353 | Approval of Class Action Settlement | Under Advisement |

☐ Briefs to be filed on or before _____ by
                                                  by

☑ Order to be prepared by  ☑ Court  ☐ Attorney

Other:
This matter came before the Court for a fairness hearing on the class action settlement proposed by the parties.

The recent filings were discussed on the record. The parties stipulated to the submission to Plaintiff's exhibit A, which will be filed as a non public document.

The Court has never recognized nor identified Ms. Gozun as being pro se. For reasons articulated

Civil Motion Minute Sheet
2:20-CV-215-SWS

on the record and incorporated herein, Ms. Gozun's Emergency Motion for Protective Order is DENIED and Ms. Sherman's Motion for Protective Order is also DENIED.

The Court will not allow submissions of any materials filed under seal or ex parte, nor allow ex parte communications with the Court's chambers or its law clerks. Any efforts to do so must cease. And any communications, to the extent considered by the Court in any way, shape or form, will be distributed to and provided to all parties so that there is no suggestion as to improper conduct by the Court in determining and evaluating the merits of the claims before it.

To the extent that there are issues concerning conduct by members of this bar or any other, that is a matter for the State Bars to address and determine. The Court has no concerns as to the conduct of counsel before it today. The Court will take the motion under advisement and will make a final determination as to the fairness based on the factors it is required to consider and based on the facts and circumstances presented.